**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**DISTRICT OF KANSAS**

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Docuplex, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | _4_ _8_ – _1_ _2_ _0_ _6_ _3_ _5_ _6_ |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **630 N Pennsylvania Avenue** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Wichita**          **KS**    **67214** | |
| City              State    ZIP Code | City              State    ZIP Code |
| **Sedgwick** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City              State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **www.docuplex.com** |
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Docuplex, Inc.**                                    Case number (if known) _____

9.  **Were prior bankruptcy**        ☑ No
    **cases filed by or against**
    **the debtor within the last 8**  ☐ Yes.  District _____  When _____  Case number _____
    **years?**                                                              MM / DD / YYYY

    If more than 2 cases, attach a              District _____  When _____  Case number _____
    separate list.                                                          MM / DD / YYYY

                                                District _____  When _____  Case number _____
                                                                            MM / DD / YYYY

10. **Are any bankruptcy cases**     ☑ No
    **pending or being filed by a**
    **business partner or an**        ☐ Yes.  Debtor _____  Relationship _____
    **affiliate of the debtor?**
                                               District _____  When _____
    List all cases.  If more than 1,                                        MM / DD / YYYY
    attach a separate list.                     Case number, if known _____

                                               Debtor _____  Relationship _____

                                               District _____  When _____
                                                                            MM / DD / YYYY
                                               Case number, if known _____

11. **Why is the case filed in**     *Check all that apply:*
    *this district?*
                                     ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180
                                        days immediately preceding the date of this petition or for a longer part of such 180 days than in
                                        any other district.

                                     ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this
                                        district.

Debtor  **Docuplex, Inc.**                                              Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**   *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  _____
    Number    Street

_____

_____  _____  _____
City                                                                State           ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

### ■ Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor **Docuplex, Inc.**                                      Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2022**
MM / DD / YYYY

X **/s/ Gina Cherry**
Signature of authorized representative of debtor

**Gina Cherry**
Printed name

**Controller**
Title

**18. Signature of attorney**

X **/s/ David Prelle Eron**                        Date **08/31/2022**
Signature of attorney for debtor                              MM / DD / YYYY

**David Prelle Eron**
Printed name

**Prelle Eron & Bailey, P.A.**
Firm name

**301 N. Main St., Suite 2000**
Number        Street

**Wichita**                              **KS**        **67202**
City                                  State        ZIP Code

**(316) 262-5500**                        **david@eronlaw.net**
Contact phone                            Email address

**23429**                              **KS**
Bar number                            State

## Fill in this information to identify the case:

Debtor name **Docuplex, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | **$138,921.81** | **$0.00** |
|---|---|---|---|
| **Canon Financial Services Inc.** | **Printers** | | |

Creditor's mailing address
**14904 Collections Center Dr**

Describe the lien
**Business Goods or Services / Agreement**

Is the creditor an insider or related party?

**Chicago      IL      60693-0149**

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account
number          ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

**$3,465,677.71**

| Debtor | **Docuplex, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.2**

Creditor's name
**Equity Bank**

Creditor's mailing address
**7701 E Kellogg Dr Ste 300**

**Wichita**      **KS**    **67207**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number    **5**   **2**   **7**   **4**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

     ☑ No.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

business

Describe the lien

**Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

       **$2,800,000.00**        **$2,142,014.66**

For Current receivables: 1) Equity Bank; 2) US Small Business Administration.  For General paper stock, ink, envelopes, and other stock used in: 1) Equity Bank; 2) US Small Business Administration.  For Equipment and rolling stock: 1) Fujifilm; 2) Heidelberg USA; 3) Key Equipment Finance; 4) TCF Equipment Finance; 5) Equity Bank; 6) US Small Business Administration. For Old receivables: 1) Equity Bank; 2) US Small Business Administration.

     ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.3**

Creditor's name
**Fujifilm**

Creditor's mailing address
**Dept CH 10764**

**Palatine**      **IL**    **60055-0764**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

**FLH85Z Plate Processor SN 94199-0158**

Describe the lien

**Business Goods or Services / Agreement**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

       **$17,099.96**        **$17,099.96**

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|

---

**2.4**

**Creditor's name**
**Heidelberg USA**

**Creditor's mailing address**
**PO Box 5160**

_____

_____

**Carol Stream      IL     60197**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**S Coating GTT C CD102B Large Bail**

**Describe the lien**

**Business Goods or Services / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$8,848.73**    Column B: **$8,848.73**

---

**2.5**

**Creditor's name**
**Key Equipment Finance**

**Creditor's mailing address**
**1000 S McCaslin Blvd**

_____

_____

**Superior      CO   80027**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**PT-R8600S Thermal Platesetter (2009)**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **Unknown**    Column B: **$0.00**

---

| Debtor | **Docuplex, Inc.** | Case number (if known) _____ |
|--------|--------------------|------------------------------------------|

| **Part 1:** | **Additional Page** | | |
|-------------|---------------------|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.6** **Creditor's name**
**TCF Equipment Finance**

**Creditor's mailing address**
**11100 Wayzata Blvd Ste 801**

_____

**Hopkins            MN   55305**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**2004 ST100 Stitcher and Fennimore Punch System**

**Describe the lien**
**Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$807.21      $807.21

---

**2.7** **Creditor's name**
**US Small Business Administration**

**Creditor's mailing address**
**District Counsel**

**220 W Douglas Ave**

**Ste 450**

**Wichita            KS   67202**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**          ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes.  Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is specified on lines **2.2**

**Describe debtor's property that is subject to a lien**

**All assets**

**Describe the lien**
**Notice Only**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

$500,000.00      $2,142,014.66

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Canon Financial Services Inc** | Line **2.1** | ___ ___ ___ ___ |
| **158 Gaither Drive** | | |
| **Mt Laurel**          **NJ**    **08054** | | |
| **Fujifilm North America Corporation** | Line **2.3** | ___ ___ ___ ___ |
| **200 Summit Lake Drive** | | |
| **Valhalla**          **NY**    **10595** | | |
| **Heidelberg USA Inc** | Line **2.4** | ___ ___ ___ ___ |
| **1000 Guttenberg Dr** | | |
| **Kennesaw**          **GA**    **30144** | | |
| **US Attorney Wichita** | Line **2.7** | ___ ___ ___ ___ |
| **1200 Epic Center** | | |
| **301 N Main** | | |
| **Wichita**          **KS**    **67202** | | |
| **US Small Business Administration** | Line **2.7** | ___ ___ ___ ___ |
| **10737 Gateway West No 300** | | |
| **El Paso**          **TX**    **79935** | | |

<table>
<tr><td colspan="2">

**Fill in this information to identify the case:**

</td></tr>
</table>

| Debtor | **Docuplex, Inc.** |
| --- | --- |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia** **PA** **19101-7346**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$14,000.00**    Priority amount: **$14,000.00**

**2.2** Priority creditor's name and mailing address

**Kansas Department of Labor**

**Attn Legal Services**

**401 SW Topeka Blvd**

**Topeka** **KS** **66603-3182**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **Unknown**    Priority amount: **Unknown**

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 1

| Debtor | **Docuplex, Inc.** | Case number (if known) |
|---|---|---|

## Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.3** Priority creditor's name and mailing address

**Kansas Department of Revenue**

**Civil Tax Enforcement**

**PO Box 12005**

**Topeka**      **KS**     **66601-3058**

Date or dates debt was incurred

**2022**

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** $18,688.65     **Priority amount** $18,688.65

---

**2.4** Priority creditor's name and mailing address

**Kylie Rott**

**604 N Springwood**

**Goddard**      **KS**     **67052**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **4** )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$595.00     $0.00

---

**2.5** Priority creditor's name and mailing address

**Midland Paper**

**1140 Paysphere Circle**

**Chicago**      **IL**     **60674**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( _____ ) **Administrative Prior**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

$61,036.41     $0.00

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,049.77 |
|---|---|---|---|

**American Express**

**PO Box 650448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                         **TX       75265-0448**

Date or dates debt was incurred

Last 4 digits of account number        **8   0   0   8**

**Basis for the claim:**
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,546.89 |
|---|---|---|---|

**Boettcher America Corp**

**PO Box 644956**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Pittsburgh                    PA        15264-4956**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**Basis for the claim:**
**Business Goods or Services**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,633.02 |
|---|---|---|---|

**Capital One**

**PO Box 30285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Salt Lake City              UT       84130-0285**

Date or dates debt was incurred

Last 4 digits of account number        **0   6   1   0**

**Basis for the claim:**
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,228.73 |
|---|---|---|---|

**Capital One**

**PO Box 30285**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Salt Lake City              UT       84130-0285**

Date or dates debt was incurred

Last 4 digits of account number        **2   6   5   0**

**Basis for the claim:**
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims                    page 3

| Debtor | **Docuplex, Inc.** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

Central Equipment

1702 S West St

Wichita          KS      67213

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$326.78**

---

**3.6** Nonpriority creditor's name and mailing address

Chase Bank USA NA

PO Box 15145

Wilmington       DE      19850-5145

Date or dates debt was incurred _____

Last 4 digits of account number  3   3   9   2

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

**$68,835.64**

---

**3.7** Nonpriority creditor's name and mailing address

CK Contracting

920 N Mosley St

Wichita          KS      67214

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$3,024.68**

---

**3.8** Nonpriority creditor's name and mailing address

Commercial Trade Services

510 E 46th St S

Wichita          KS      67216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$126.36**

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 4

| Debtor | **Docuplex, Inc.** | Case number (if known) | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**  Nonpriority creditor's name and mailing address

$124.00

As of the petition filing date, the claim is:
*Check all that apply.*

**Culligan of Wichita**

☐ Contingent

**10821 E 26th St N**

☐ Unliquidated

☐ Disputed

| Wichita | KS | 67226 |
|---|---|---|

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

**3.10**  Nonpriority creditor's name and mailing address

$587.00

As of the petition filing date, the claim is:
*Check all that apply.*

**Davis & Pierce Die Service Inc**

☐ Contingent

**6602 Suite A Royal St**

☐ Unliquidated

☐ Disputed

| Liberty | MO | 64068 |
|---|---|---|

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

---

**3.11**  Nonpriority creditor's name and mailing address

$37,542.38

As of the petition filing date, the claim is:
*Check all that apply.*

**DEI Equipment LLC**

☐ Contingent

**2822 N Mead St**

☐ Unliquidated

☑ Disputed

| Wichita | KS | 67219 |
|---|---|---|

Basis for the claim:
**Delinquent Rent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

**Lease is technically in the name of Black Kettle**

---

**3.12**  Nonpriority creditor's name and mailing address

$951.47

As of the petition filing date, the claim is:
*Check all that apply.*

**Discount Labels LLC**

☐ Contingent

**PO Box 74007456**

☐ Unliquidated

☐ Disputed

| Chicago | IL | 60674-7456 |
|---|---|---|

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  __ __ __ __

☑ No
☐ Yes

| Debtor | **Docuplex, Inc.** | Case number (if known) _____ |
|--------|--------------------|---------------------------------------------|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

Electronics for Imaging Inc

PO Box 742366

Los Angeles     CA    90074-2366

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,748.73**

---

**3.14** Nonpriority creditor's name and mailing address

Firespring

1201 Infinity Ct

Lincoln     NE    68512

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.15** Nonpriority creditor's name and mailing address

FMI Forms Manufacturers

PO Box 841741

Dallas     TX    75284-1741

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$79.38**

---

**3.16** Nonpriority creditor's name and mailing address

Gallagher Benefit Services Inc

2850 West Gold Rd

Rolling Meadows     IL    60008

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$4,233.34**

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 6

| Debtor | **Docuplex, Inc.** | Case number (if known) _____ |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address |
|---|---|

Hewitt & Behr

205 W 2nd St N

Wichita           KS    67202

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$655.00**

| 3.18 | Nonpriority creditor's name and mailing address |
|---|---|

IMS

PO Box 1209

South Plainfield      NJ    07080

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Trade Bank

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,647.26**

| 3.19 | Nonpriority creditor's name and mailing address |
|---|---|

Litho Supply Co

1441 North Topping

Kansas City        MO    64120

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Goods or Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**$873.93**

| 3.20 | Nonpriority creditor's name and mailing address |
|---|---|

Marcus

PO Box 70321

Philadelphia       PA    19176

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Credit Card

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,543.81**

| Debtor | **Docuplex, Inc.** | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.19** |
|---|---|---|---|

Metro Courier

4949 Lulu

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Wichita                KS      67201

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.88** |
|---|---|---|---|

Midwest Single Source Inc

PO Box 49380

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Wichita                KS      67201-9380

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00** |
|---|---|---|---|

Navitor

PO Box 856740

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Minneapolis              MN      55485-6740

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$456.35** |
|---|---|---|---|

Prairie Fire Coffee

10821 E 26th St N

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Wichita                KS      67226

**Basis for the claim:**
Business Goods or Services

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 8

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$2,894.12**

**Printegra**

**1560 Westfork Dr**

**Lithia Springs**             **GA**    **30122**

Date or dates debt was incurred             _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$365.00**

**Protec Security Services Inc**

**1132 N Emerson Ave**

**Wichita**                 **KS**    **67212-3016**

Date or dates debt was incurred             _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$4,410.12**

**Quadient Postage Funding**

**PO Box 6813**

**Carol Stream**             **IL**    **60197-6813**

Date or dates debt was incurred             _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address |
| --- | --- |

**$900.00**

**Quiktrip Corp**

**PO Box 6293**

**Carol Stream**             **IL**    **60197-6293**

Date or dates debt was incurred             _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Goods or Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | **Docuplex, Inc.** | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Raceway Electric**

**PO Box 12342**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Wichita** | **KS** | **67277** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$402.80** |
|---|---|---|---|

**River City Mechanical**

**2419 W Maple**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Wichita** | **KS** | **67213** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,129.81** |
|---|---|---|---|

**Safety-Kleen Systems Inc**

**PO Box 650509**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Dallas** | **TX** | **75265-0509** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,000.65** |
|---|---|---|---|

**St Louis Tag Co**

**3201 Laclede Station Rd**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Saint Louis** | **MO** | **63143-3797** |
|---|---|---|

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Docuplex, Inc.** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Superior Office**

**2355 S Edward Ste A**

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita       KS   67213

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$48.50** |
|---|---|---|---|

**Superior Rubber Stamp**

**2725 E Douglas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita       KS   67211

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,850.03** |
|---|---|---|---|

**Superior Signs and Engraving Inc**

**2130 E Douglas Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

Wichita       KS   67214

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Survey Advantage**

**5700 Post Rd Ste 10**

☐ Contingent
☐ Unliquidated
☐ Disputed

East Greenwich    RI   02818

**Basis for the claim:**
**Business Goods or Services**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**TForce Freight**

**PO Box 650690**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

| **Dallas** | **TX** | **75265-0690** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Address?

Is the claim subject to offset?
☑ No
☐ Yes

$201.78

---

| 3.38 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Uline**

**DFW Airport**

**2600 Rental Car Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

| **Dallas** | **TX** | **75261** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Address?

Is the claim subject to offset?
☑ No
☐ Yes

$2,550.20

---

| 3.39 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Unifirst**

**1707 N Mosley St**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

| **Wichita** | **KS** | **67214** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$1,263.26

---

| 3.40 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is: *Check all that apply.*

**Update**

**134 Peavey Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Goods or Services**

| **Chaska** | **MN** | **55318** |

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$174.00

---

| Debtor | Docuplex, Inc. | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

UPS

Lockbox 577

Carol Stream    IL    60132-0577

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.42** Nonpriority creditor's name and mailing address

Veritiv Operating Company

PO Box 677319

Dallas    TX    75267-7319

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$1,618.28**

---

**3.43** Nonpriority creditor's name and mailing address

Western States Envelope Company

PO Box 205216

Dallas    TX    75320-5216

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$10,978.40**

---

**3.44** Nonpriority creditor's name and mailing address

Wichita Alarm Program

PO Box 1162

Wichita    KS    67201

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$5,000.00**

---

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     page 13

| Debtor | **Docuplex, Inc.** | Case number (if known) | |

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.45** Nonpriority creditor's name and mailing address

Wichita Bindery

622 S Commerce

Wichita    KS   67202

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

**3.46** Nonpriority creditor's name and mailing address

WW Mails

7106 W Pueblo

PO Box 12344

Wichita    KS   67277

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**Unknown**

---

**3.47** Nonpriority creditor's name and mailing address

X-Press Signs and Graphics

5830 W Hendryx Ave

Wichita    KS   67209

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$1,718.94**

---

**3.48** Nonpriority creditor's name and mailing address

Xerox Corporation

PO Box 299075

Lewisville    TX   75029

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Business Goods or Services

Is the claim subject to offset?
☑ No
☐ Yes

**$73,960.77**

Official Form 206E/F   Schedule E/F: Creditors Who Have Unsecured Claims   page 14

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.   Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
   are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| 4.1  **4Over** <br> **1225 Los Angeles St** <br> <br> **Glendale            CA     91204** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | ___ ___ ___ ___ |
| 4.2  **Internal Revenue Service** <br> **Insolvency Group 6** <br> **2850 NE Independence Ave** <br> **Lees Summit          MO    64064** | Line  **2.1** <br> ☐ Not listed.  Explain: | ___ ___ ___ ___ |
| 4.3  **Rick Thompson** <br> **645 E Douglas Ste 100** <br> <br> **Wichita              KS     67202** | Line  **3.48** <br> ☐ Not listed.  Explain: | ___ ___ ___ ___ |
| 4.4  **US Attorney Wichita** <br> **1200 Epic Center** <br> **301 N Main** <br> **Wichita              KS     67202** | Line  **2.1** <br> ☐ Not listed.  Explain: | ___ ___ ___ ___ |
| 4.5  **US Attorney Wichita** <br> **1200 Epic Center** <br> **301 N Main** <br> **Wichita              KS     67202** | Line  **2.1** <br> ☐ Not listed.  Explain: | ___ ___ ___ ___ |

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                        page 15

Debtor __Docuplex, Inc.__                              Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ $94,320.06 |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ $347,597.25 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $441,917.31 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 16

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Copier Lease**<br>**Contract to be ASSUMED** | **Canon Financial Services Inc.**<br>**14904 Collections Center Dr** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**    **IL**    **60693-0149** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Property Lease**<br>**Contract to be REJECTED** | **DEI Equipment LLC**<br>**2822 N Mead St** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Wichita**    **KS**    **67219** |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Software License**<br>**Contract to be ASSUMED** | **Electronics for Imaging Inc**<br>**PO Box 742366** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Los Angeles**    **CA**    **90074-2366** |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **FSA Provider**<br>**Contract to be ASSUMED** | **Flexible Benefits**<br>**8700 W Bryn Mawr Ave** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **CHICAGO**    **IL**    **60631** |

Debtor **Docuplex, Inc.**                                    Case number (if known) _____

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Merchant Services Agreement Contract to be ASSUMED | Heartland Payment Systems |
|---|---|---|---|
| | | | One Heartland Way |
| | State the term remaining | | |
| | List the contract number of any government contract | | Jeffersonville       IN       47130 |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Security System Contract to be ASSUMED | Protec Security Services Inc |
| | | | 1132 N Emerson Ave |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wichita       KS       67212-3016 |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Postage Meter Contract to be ASSUMED | Quadient Postage Funding |
| | | | PO Box 6813 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Carol Stream       IL       60197-6813 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Uniform supply Contract to be ASSUMED | Unifirst |
| | | | 1707 N Mosley St |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wichita       KS       67214 |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Cell phone service Contract to be ASSUMED | Verizon Wireless |
| | | | PO Box 25505 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lehigh Valley       PA       18002-5505 |

**Fill in this information to identify the case:**

Debtor name **Docuplex, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 **Black Kettle Holdings, LLC** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **DEI Equipment LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 **Black Kettle Holdings, LLC** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **American Express** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Capital One** | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | **Docuplex, Inc.** | Case number (if known) |
|--------|--------------------|------------------------|

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|---|------------------------|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.5** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Capital One** | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Chase Bank USA NA** | ☐ D<br>☑ E/F<br>☐ G |
| **2.7** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **DEI Equipment LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.8** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| **2.9** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Internal Revenue Service** | ☐ D<br>☑ E/F<br>☐ G |
| **2.10** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **Marcus** | ☐ D<br>☑ E/F<br>☐ G |
| **2.11** **Jay Ewy** | **902 Terradyne Circle**<br>Number  Street<br><br>**Andover**  **KS**  **67002**<br>City  State  ZIP Code | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |

Debtor    **Docuplex, Inc.**_____    Case number (if known) _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
| --- | --- |

| | | | | |
| --- | --- | --- | --- | --- |
| **Name** | **Mailing address** | | **Name** | *Check all schedules that apply:* |
| 2.12  **JCE Investments, Inc.** | **902 Terradyne Circle**<br>Number     Street | | **Equity Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | **Andover**       **KS**   **67002**<br>City                    State   ZIP Code | | | |

**Fill in this information to identify the case:**

Debtor Name **Docuplex, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B............................................................. _____

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................... _____

   1c. **Total of all property**
   Copy line 92 from Schedule A/B............................................................. $0.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D.......... $3,465,677.71

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................ $94,320.06

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............ + $347,597.25

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................. $3,907,595.02

Official Form 206Sum     **Summary of Assets and Liabilities for Non-Individuals**     page 1

Case 22-10734   Doc# 1   Filed 09/02/22   Page 32 of 42

**Fill in this information to identify the case and this filing:**

| | |
|---|---|
| Debtor Name | **Docuplex, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known) | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐  Amended Schedule _____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/31/2022**
MM / DD / YYYY

X **/s/ Gina Cherry**
Signature of individual signing on behalf of debtor

**Gina Cherry**
Printed name

**Controller**
Position or relationship to debtor

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

In re **Docuplex, Inc.**                                    Case No. _____

                                                            Chapter    **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept................................................................    **$40,000.00**

   Prior to the filing of this statement I have received.......................................................    **$20,000.00**

   Balance Due..........................................................................................................    **$20,000.00**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **The amount listed above is the retainer amount only. A portion of these funds were spent at or prior to filing on the attorney fees, credit report, and court filing fee. Fees are billed at $330/hr. and are governed exclusively by the retainer agreement, which is available upon request by the UST, trustee, or the court. Fee applications will be filed for all fees incurred during the case.**

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/31/2022** | **/s/ David Prelle Eron** |
| *Date* | *David Prelle Eron*                    Bar No.  23429 |
| | Prelle Eron & Bailey, P.A. |
| | 301 N. Main St., Suite 2000 |
| | Wichita, KS 67202 |
| | Phone: (316) 262-5500 / Fax: (316) 262-5559 |

---

**/s/ Gina Cherry**

*Gina Cherry*
*Controller*

Official Form 204

# Fill in this information to identify the case:

Debtor name **Docuplex, Inc.**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Equity Bank 7701 E Kellogg Dr Ste 300 Wichita, KS 67207 | | | Disputed | $2,800,000.00 | $2,115,258.76 | $684,741.24 |
| 2 | US Small Business Administration District Counsel 220 W Douglas Ave Ste 450 Wichita, KS 67202 | | Notice Only | Disputed | $500,000.00 | $0.00 | $500,000.00 |
| 3 | Canon Financial Services Inc. 14904 Collections Center Dr Chicago, IL 60693-0149 | | Business Goods or Services | | $138,921.81 | $0.00 | $138,921.81 |
| 4 | Xerox Corporation PO Box 299075 Lewisville, TX 75029 | | Business Goods or Services | Disputed | | | $73,960.77 |
| 5 | Chase Bank USA NA PO Box 15145 Wilmington DE 19850-5145 | | Credit Card | | | | $68,835.64 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Midland Paper 1140 Paysphere Circle Chicago, IL 60674 | | Business Goods or Services | | | | $61,036.41 |
| 7  Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit Card | | | | $39,633.02 |
| 8  DEI Equipment LLC 2822 N Mead St Wichita, KS 67219 | | Delinquent Rent | Disputed | | | $37,542.38 |
| 9  Kansas Department of Revenue Civil Tax Enforcement PO Box 12005 Topeka, KS 66601-3058 | | Taxes | | | | $18,688.65 |
| 10  IMS PO Box 1209 South Plainfield, NJ 07080 | | Business Goods or Services | | | | $18,647.26 |
| 11  Marcus PO Box 70321 Philadelphia, PA 19176 | | Credit Card | | | | $15,543.81 |
| 12  Internal Revenue Service PO Box 7346 Philadelphia PA 19101-7346 | | Taxes | Unliquidated | | | $14,000.00 |
| 13  American Express PO Box 650448 Dallas, TX 75265-0448 | | Credit Card | | | | $13,049.77 |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Western States Envelope Company PO Box 205216 Dallas, TX 75320-5216 | | Business Goods or Services | | | | $10,978.40 |
| 15 Electronics for Imaging Inc PO Box 742366 Los Angeles, CA 90074-2366 | | Business Goods or Services | | | | $10,748.73 |
| 16 Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | Credit Card | | | | $9,228.73 |
| 17 Superior Signs and Engraving Inc 2130 E Douglas Ave Wichita, KS 67214 | | Business Goods or Services | | | | $7,850.03 |
| 18 Wichita Alarm Program PO Box 1162 Wichita, KS 67201 | | Business Goods or Services | Unliquidated | | | $5,000.00 |
| 19 Quadient Postage Funding PO Box 6813 Carol Stream, IL 60197-6813 | | Business Goods or Services | | | | $4,410.12 |
| 20 Gallagher Benefit Services Inc 2850 West Gold Rd Rolling Meadows, IL 60008 | | Business Goods or Services | | | | $4,233.34 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE:    **Docuplex, Inc.**                                    CASE NO

                                                        CHAPTER    **11**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/31/2022 _____          Signature    */s/ Gina Cherry* _____
                                                                          *Gina Cherry*
                                                                          *Controller*

Date _____                         Signature _____

4Over
1225 Los Angeles St
Glendale, CA 91204

Commercial Trade Services
510 E 46th St S
Wichita, KS 67216

Fujifilm
Dept CH 10764
Palatine, IL 60055-0764

American Express
PO Box 650448
Dallas, TX 75265-0448

Culligan of Wichita
10821 E 26th St N
Wichita, KS 67226

Fujifilm North America Corporat
200 Summit Lake Drive
Valhalla, NY 10595

Black Kettle Holdings, LLC
902 Terradyne Circle
Andover KS 67002

Davis & Pierce Die Service Inc
6602 Suite A Royal St
Liberty, MO 64068

Gallagher Benefit Services Inc
2850 West Gold Rd
Rolling Meadows, IL 60008

Boettcher America Corp
PO Box 644956
Pittsburgh, PA 15264-4956

DEI Equipment LLC
2822 N Mead St
Wichita, KS 67219

Heartland Payment Systems
One Heartland Way
Jeffersonville IN 47130

Canon Financial Services Inc
158 Gaither Drive
Mt Laurel NJ 08054

Discount Labels LLC
PO Box 74007456
Chicago, IL 60674-7456

Heidelberg USA
PO Box 5160
Carol Stream, IL 60197

Canon Financial Services Inc.
14904 Collections Center Dr
Chicago, IL 60693-0149

Electronics for Imaging Inc
PO Box 742366
Los Angeles, CA 90074-2366

Heidelberg USA Inc
1000 Guttenberg Dr
Kennesaw, GA 30144

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Equity Bank
7701 E Kellogg Dr Ste 300
Wichita, KS 67207

Hewitt & Behr
205 W 2nd St N
Wichita, KS 67202

Central Equipment
1702 S West St
Wichita, KS 67213

Firespring
1201 Infinity Ct
Lincoln, NE 68512

IMS
PO Box 1209
South Plainfield, NJ 07080

Chase Bank USA NA
PO Box 15145
Wilmington DE 19850-5145

Flexible Benefits
8700 W Bryn Mawr Ave
CHICAGO, IL 60631

Internal Revenue Service
PO Box 7346
Philadelphia PA  19101-7346

CK Contracting
920 N Mosley St
Wichita, KS 67214

FMI Forms Manufacturers
PO Box 841741
Dallas, TX 75284-1741

Internal Revenue Service
Insolvency Group 6
2850 NE Independence Ave
Lees Summit, MO 64064

Jay Ewy
902 Terradyne Circle
Andover KS 67002

Midwest Single Source Inc
PO Box 49380
Wichita, KS 67201-9380

Safety-Kleen Systems Inc
PO Box 650509
Dallas, TX 75265-0509

JCE Investments, Inc.
902 Terradyne Circle
Andover KS 67002

Navitor
PO Box 856740
Minneapolis, MN 55485-6740

St Louis Tag Co
3201 Laclede Station Rd
Saint Louis, MO 63143-3797

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka, KS 66603-3182

Prairie Fire Coffee
10821 E 26th St N
Wichita, KS 67226

Superior Office
2355 S Edward Ste A
Wichita, KS 67213

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66601-3058

Printegra
1560 Westfork Dr
Lithia Springs, GA 30122

Superior Rubber Stamp
2725 E Douglas
Wichita, KS 67211

Key Equipment Finance
1000 S McCaslin Blvd
Superior, CO 80027

Protec Security Services Inc
1132 N Emerson Ave
Wichita, KS 67212-3016

Superior Signs and Engraving In
2130 E Douglas Ave
Wichita, KS 67214

Kylie Rott
604 N Springwood
Goddard, KS 67052

Quadient Postage Funding
PO Box 6813
Carol Stream, IL 60197-6813

Survey Advantage
5700 Post Rd Ste 10
East Greenwich, RI 02818

Litho Supply Co
1441 North Topping
Kansas City, MO 64120

Quiktrip Corp
PO Box 6293
Carol Stream, IL 60197-6293

TCF Equipment Finance
11100 Wayzata Blvd Ste 801
Hopkins, MN 55305

Marcus
PO Box 70321
Philadelphia, PA 19176

Raceway Electric
PO Box 12342
Wichita, KS 67277

TForce Freight
PO Box 650690
Dallas, TX 75265-0690

Metro Courier
4949 Lulu
Wichita, KS 67201

Rick Thompson
645 E Douglas Ste 100
Wichita, KS 67202

Uline
DFW Airport
2600 Rental Car Dr
Dallas, TX 75261

Midland Paper
1140 Paysphere Circle
Chicago, IL 60674

River City Mechanical
2419 W Maple
Wichita, KS 67213

Unifirst
1707 N Mosley St
Wichita, KS 67214

Update
134 Peavey Circle
Chaska, MN 55318

WW Mails
7106 W Pueblo
PO Box 12344
Wichita, KS 67277

UPS
Lockbox 577
Carol Stream, IL 60132-0577

X-Press Signs and Graphics
5830 W Hendryx Ave
Wichita, KS 67209

US Attorney Wichita
1200 Epic Center
301 N Main
Wichita KS  67202

Xerox Corporation
PO Box 299075
Lewisville, TX 75029

US Small Business Administratio:
District Counsel
220 W Douglas Ave
Ste 450
Wichita, KS 67202

US Small Business Administratio:
10737 Gateway West No 300
El Paso TX 79935

Veritiv Operating Company
PO Box 677319
Dallas, TX 75267-7319

Verizon Wireless
PO Box 25505
Lehigh Valley, PA 18002-5505

Western States Envelope Company
PO Box 205216
Dallas, TX 75320-5216

Wichita Alarm Program
PO Box 1162
Wichita, KS 67201

Wichita Bindery
622 S Commerce
Wichita, KS 67202