UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| In re: DOCUPLEX, INC. DEBTOR. | CASE NO.: 22-10734-11 |
|---|---|

## DECLARATION REGARDING SMALL BUSINESS DOCUMENTS

I, Gina Cherry, controller of the debtor in the above referenced case, being of lawful age, do swear under penalty of perjury as follows:

1. This is a small business case under 11 U.S.C. §1181 et seq.

2. The Debtor does not have a recent cash-flow statement.

*/s/ Gina Cherry*
GINA CHERRY

1