**SO ORDERED.**

**SIGNED this 18th day of October, 2022.**



_____
Mitchell L. Herren
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DOCUPLEX, INC. | ) | Case No. 22-10734 |
| | ) | Chapter 11 |
| Debtor | ) | |
| _____ | ) | |

### AGREED ORDER ON MOTION OF DEI EQUIPMENT, LLC FOR
### STAY RELIEF AND ALLOWANCE OF ADMINISTRATIVE CLAIM

NOW this matter comes before the Court on the Motion for Stay Relief and Allowance of Administrative Claim (the "Motion")(Dkt. 57) filed herein by DEI Equipment, LLC ("Movant") and the Objection of Debtor thereto (Dkt. 58). Movant appears by and through its attorney, Mark J. Lazzo. Debtor Docuplex, Inc. ("Debtor") appears by and through its attorney, David T. Prelle Eron. There are no other appearances.

WHEREUPON, the Court, being fully and duly advised in the premises, adopts the parties' stipulations set forth below and FINDS AS FOLLOWS:

1.    Debtor commenced its bankruptcy case by filing a voluntary petition under Chapter 11 of the Bankruptcy Code on September 2, 2022 (the "Petition Date").

1

In the United States Bankruptcy Court for the District of Kansas
In re: Docuplex, Inc.
Bankruptcy Case No. 22-10734
Agreed Order on Motion for Stay Relief, Allowance of Admin Claim
Page 2 of 3

2.       This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334, 11 U.S.C. §365 and D.Kan. LBR 1001-1, *et. seq*.

3.       Per a Lease Agreement dated December 3, 2020 (the "Lease"), Movant leases to Debtor real property located at 550, 630, 635 and 645 N. Pennsylvania, Wichita, Kansas, 67214 (the "Property").

4.       At the time of filing, Debtor was in default on its Lease and was indebted to Movant in the amount of $37,542.38.

5.       Debtor has paid its post-filing lease payments under the Lease.

6.       Movant shall be allowed, as an administrative expense, its claim for post-filing rent at the contractual rate of $18,771.19 per month from the Petition Date until Debtor vacates the Property.

7.       Movant's request for stay relief is continued to track with plan confirmation.

**IT IS SO ORDERED.**

###

APPROVED:

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
Mark J. Lazzo, P.A.
Landmark Office Park
3500 N. Rock Rd
Building 300, Ste B
Wichita KS 67226
(316) 263-6895
mark@lazzolaw.com
Attorney for DEI Equipment, LLC

In the United States Bankruptcy Court for the District of Kansas
In re: Docuplex, Inc.
Bankruptcy Case No. 22-10734
Agreed Order on Motion for Stay Relief, Allowance of Admin Claim
Page 3 of 3

/s/ David T. Prelle Eron
David T. Prelle Eron, #23429
Prelle Eron & Bailey, P.A.
301 N. Main St., Suite 2000
Wichita, KS 67202
(316) 262-5500
david@eronlaw.net
Attorney for Debtor

3