UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| In re: | |
|---|---|
| DOCUPLEX, INC. | CASE NO.: 22-10734-11 |
| DEBTOR. | |

**STATUS REPORT**

COMES NOW Debtor Docuplex, Inc. ("Docuplex" or "Debtor"), by and through its counsel David Prelle Eron of Prelle Eron & Bailey, P.A., and provides the Court and all interested parties a report of the status of its Chapter 11 bankruptcy:

1. Debtor filed a Voluntary Petition for Relief under Chapter 11, Subchapter V, of the Bankruptcy Code on September 2, 2022. Debtor's counsel applied for appointment on September 2, 2022. An order approving counsel's employment was entered on September 27, 2022.

2. Debtor is a not a small business debtor as defined in 11 U.S.C. § 101 (51D), but does qualify for relief under 11 U.S.C. §1181 et seq.

3. Debtor has filed its Initial Financial Report with the United States Trustee. The Section 341 meeting of creditors has been concluded. Debtor has not yet filed its first monthly operating, but it is almost complete and will be filed shortly. Debtor has obtained approval to dispense with debtor-in-possession bank account requirements, opting instead to maintain its existing money management systems. Debtor has maintained relevant insurance in place, and is otherwise in compliance with the Bankruptcy Code. Debtor is current on all of its tax filings.

4. The claims bar date for non-governmental entities is November 14, 2022, which has not yet expired. To date, 7 claims have been filed herein.

5. Debtor's assets appear to be completely encumbered. However, Debtor is still investigating liens and lien perfection. Debtor does not anticipate that there will be funds available for general unsecured creditors, to the extent not consumed by administrative claims.

6. Debtor intends to reorganize and restructure its secured debts and executory contracts. To date, Debtor has obtained authority to use cash collateral, has remained current on its obligations under the cash collateral order (including adequate protection payments to Equity Bank), obtained authority to employ an appraiser and delivered asset valuations to counsel for Equity Bank, and filed a motion to reject a contract with Electronics for Imaging. Debtor's sole shareholder and director has also dramatically reduced his pre-petition payments coming from the Debtor, which will help pave the way for a successful reorganization.

7. Debtor plans to file its plan of reorganization prior to December 1, 2022. Debtor is currently investigating whether it should assume or reject its two largest executory contracts, one for its premises lease and the other for its printing equipment lease. Debtor has maintained its post-petition payments on both contracts since the Petition Date, and it will continue to do so until it makes a decision on assumption or rejection. Debtor is also discussing the terms of its plan with the Subchapter V trustee and Equity Bank in the hopes of confirming a consensual plan.

8. Debtor's Chapter 11 plan will contain a proposed deadline for filing claims objections. Debtor will weigh the expected net return for the unsecured creditors prior to filing any claims objections. It is too early to tell if claims objections will be filed. Debtor's spreadsheet report of allowed and disputed claims by class will be filed with its Chapter 11 plan.

9. Debtor's Chapter 11 plan will contain a proposed deadline for filing any avoidance actions. Debtor has not fully analyzed whether any such actions will be filed, but it appears unlikely at this stage.

10. The Debtor's financial history for the three (3) years prior to the filing of the petition is reflected in its statement of financial affairs filed which has not yet been filed. Debtor's request for extension of the deadline has been granted.

11. Expected budget for professionals in this case is estimated at $94,000.00, including attorneys, accountants, appraisers, and the Subchapter V trustee, but not including brokers or auctioneers.

PRELLE ERON & BAILEY, P.A.
Attorneys for Debtor

*/s/ David Prelle Eron*
DAVID PRELLE ERON, #23429
301 N. Main Street, Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022 a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to the Office of the U.S. Trustee and to all parties of interest participating in the CM/ECF system.

*/s/ Margaret R. Spangler*
MARGARET R. SPANGLER
Assistant to David Prelle Eron