# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF  KANSAS

In Re. Docuplex, Inc

§
§
§
§

_____
Debtor(s)

Case No.  22-10734 _____

☐ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2022 _____

Petition Date: 09/02/2022 _____

Months Pending: 1 _____

Industry Classification: | 3 | 2 | 3 | 1 |

Reporting Method:           Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):                          28 _____

Debtor's Full-Time Employees (as of date of order for relief):    28 _____

### Supporting  Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ David T. Prelle Eron
_____
Signature of Responsible Party

David T. Prelle Eron
_____
Printed Name of Responsible Party

11/15/2022
_____
Date

301 N. Main St., Suite 2000, Wichita, KS  67202
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Docuplex, Inc

Case No. 22-10734

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $47,754 | |
| b. Total receipts (net of transfers between accounts) | $241,384 | $0 |
| c. Total disbursements (net of transfers between accounts) | $207,045 | $0 |
| d. Cash balance end of month (a+b-c) | $82,093 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $207,045 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $326,249 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $37,379 |
| c. Inventory (Book ◯ Market ◯ Other ⦿ (attach explanation)) | $81,136 |
| d. Total current assets | $1,760,450 |
| e. Total assets | $2,130,456 |
| f. Postpetition payables (excluding taxes) | $2,673 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $27,211 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $29,884 |
| k. Prepetition secured debt | $3,465,678 |
| l. Prepetition priority debt | $94,320 |
| m. Prepetition unsecured debt | $347,597 |
| n. Total liabilities (debt) (j+k+l+m) | $3,937,479 |
| o. Ending equity/net worth (e-n) | $-1,807,023 |

*per petition* (handwritten note next to row c)

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $303,097 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $54,802 | |
| c. Gross profit (a-b) | $248,295 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $159,529 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $4,018 | |
| h. Interest | $1,144 | |
| i. Taxes (local, state, and federal) | $10,180 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $72,304 | $0 |

## Part 5:  Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | $0 | $0 | $20,000 | $20,000 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | Prelle Eron & Bailey | Lead Counsel | $0 | $0 | $20,000 | $20,000 |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| b. | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| c. | xcix | | | | | |
| | c | | | | | |
| | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $27,211 | $27,211 |
| d. | Postpetition employer payroll taxes paid | $27,211 | $27,211 |
| e. | Postpetition property taxes paid | $2,815 | $2,815 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $6,539 | $6,539 |
| g. | Postpetition other taxes paid (local, state, and federal) | $6,539 | $6,539 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ●

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ●

c. Were any payments made to or on behalf of insiders?  Yes ○  No ●

d. Are you current on postpetition tax return filings?  Yes ○  No ●

e. Are you current on postpetition estimated tax payments?  Yes ○  No ●

f. Were all trust fund taxes remitted on a current basis?  Yes ●  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ●

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ●  No ○  N/A ○

i. Do you have:       Worker's compensation insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?  Yes ●  No ○

    If yes, are your premiums current?  Yes ●  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ●

k. Has a disclosure statement been filed with the court?  Yes ○  No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ●  No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ◉ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ David T. Prelle Eron
_____
Signature of Responsible Party

**Attorney**
_____
Title

David T. Prelle Eron
_____
Printed Name of Responsible Party

11/15/2022
_____
Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Docuplex, Inc                                          Case No.  22-10734


Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

**Docuplex, Inc.**
# Income Statement

Period: September 1, 2022 through September 30, 2022

All Departments                                                                                      All Locations

| | Current | % | Year To Date | % |
|---|---|---|---|---|
| **Sales** | | | | |
| Sales Daily | 297,499.00 | 98.2 % | 2,043,678.36 | 98.6 % |
| Freight & Delivery-Sales | 5,598.31 | 1.8 % | 29,586.51 | 1.4 % |
| **Total Sales** | **303,097.31** | **100.0 %** | **2,073,264.87** | **100.0 %** |
| **Cost of Goods Sold** | | | | |
| Broker | 6,568.49 | 2.2 % | 64,141.81 | 3.1 % |
| Subcontractor | 35.00 | 0.0 % | 1,247.00 | 0.1 % |
| Consumables | 4,948.38 | 1.6 % | 60,632.02 | 2.9 % |
| Copier-Maint-Canon-OCE 110 | 0.00 | 0.0 % | 169,136.60 | 8.2 % |
| Equipment Maintenance | 1,084.85 | 0.4 % | 18,343.74 | 0.9 % |
| Mailing Lists | 430.58 | 0.1 % | 5,672.11 | 0.3 % |
| Paper | 40,385.58 | 13.3 % | 353,199.05 | 17.0 % |
| Postage | 0.00 | 0.0 % | 9.45 | 0.0 % |
| Supplies | 0.00 | 0.0 % | 8,094.92 | 0.4 % |
| Payroll-Salary & Wages | 99,604.59 | 32.9 % | 966,975.83 | 46.6 % |
| Payroll-Health Insurance | 2,882.14 | 1.0 % | 31,252.01 | 1.5 % |
| Payroll-tax Expense | 7,365.05 | 2.4 % | 79,693.53 | 3.8 % |
| Professional Fees | 34.95 | 0.0 % | 7,073.29 | 0.3 % |
| Rent | 0.00 | 0.0 % | 1,240.00 | 0.1 % |
| Repairs & Maintenance | 0.00 | 0.0 % | 4,559.93 | 0.2 % |
| Freight & Delivery Charges | 185.46 | 0.1 % | 21,691.08 | 1.0 % |
| Outside Production | 2,043.40 | 0.7 % | 11,511.95 | 0.6 % |
| Packaging Supplies | 627.29 | 0.2 % | 4,838.54 | 0.2 % |
| **Total Cost of Sales** | **166,195.76** | **54.8 %** | **1,809,312.86** | **87.3 %** |
| **Gross Profit** | **136,901.55** | **45.2 %** | **263,952.01** | **12.7 %** |
| **G & A Expense** | | | | |
| Acctg/Legal/Consulting Fees | 20,000.00 | 6.6 % | 66,290.25 | 3.2 % |
| Advertising | 39.00 | 0.0 % | 903.00 | 0.0 % |
| Amoritization Expense | 2,137.72 | 0.7 % | 19,239.48 | 0.9 % |
| Auto & Truck Expenses | 982.54 | 0.3 % | 15,485.48 | 0.8 % |
| Banking fees | 2,025.49 | 0.7 % | 20,428.60 | 1.0 % |
| Computer Expenses | 159.98 | 0.0 % | 11,906.28 | 0.6 % |
| Commissions | 0.00 | 0.0 % | 5,521.83 | 0.3 % |
| Depreciation Expense | 1,879.91 | 0.6 % | 16,919.19 | 0.8 % |
| Donations | 0.00 | 0.0 % | 1,800.00 | 0.1 % |
| Dues & Subscriptions | 0.00 | 0.0 % | 350.00 | 0.0 % |
| Insurance=Employee | 0.00 | 0.0 % | 2,806.50 | 0.1 % |
| Insurance=Life | 407.94 | 0.1 % | 11,417.36 | 0.6 % |
| Insurance=Business | 5,442.19 | 1.8 % | 56,505.60 | 2.7 % |
| Interest Expense | 1,143.65 | 0.4 % | 213,422.26 | 10.3 % |
| Misc Expenses | 0.00 | 0.0 % | -0.20 | 0.0 % |
| Office Supplies | 0.00 | 0.0 % | 3,087.53 | 0.2 % |
| Janitorial | 36.00 | 0.0 % | 16,468.05 | 0.8 % |
| Printing Supplies | 0.00 | 0.0 % | 3,063.59 | 0.2 % |
| Rent-Building | 15,300.00 | 5.0 % | 137,700.00 | 6.6 % |
| Equipment Lease | 0.00 | 0.0 % | 19,791.16 | 1.0 % |

Period: September 1, 2022 through September 30, 2022

All Departments

All Locations

| | Current | % | Year To Date | % |
|---|---|---|---|---|
| Employee Benefits | 0.00 | 0.0 % | 4,917.35 | 0.2 % |
| Sales Expense Meals | 0.00 | 0.0 % | 131.56 | 0.0 % |
| Real Estate Taxes | 2,814.60 | 0.9 % | 26,413.73 | 1.3 % |
| Meals & Entertainment | 754.23 | 0.2 % | 36,953.35 | 1.8 % |
| Travel | 0.00 | 0.0 % | 11,140.13 | 0.5 % |
| Tax & Licenses | 33.00 | 0.0 % | 1,703.25 | 0.1 % |
| Telephone/Internet Expense | 548.07 | 0.2 % | 16,475.23 | 0.8 % |
| Utilities | 11,313.74 | 3.7 % | 96,323.80 | 4.6 % |
| **Total General & Administrative Expense** | **65,018.06** | **21.4 %** | **817,164.36** | **39.4 %** |
| **Other Income & Expense** | | | | |
| Income-Interest Income | 0.00 | 0.0 % | 1,171.49 | 0.1 % |
| Income-Misc. | 0.00 | 0.0 % | 0.01 | 0.0 % |
| Discounts Earned | 422.05 | 0.1 % | -4,772.49 | (0.2 %) |
| Postage Clearing | 16,893.08 | 5.6 % | 64,412.96 | 3.1 % |
| **Total Other Income & Expense** | **17,315.13** | **5.7 %** | **60,811.97** | **2.9 %** |
| **Net Income** | **89,198.62** | **29.4 %** | **-492,400.38** | **(23.8 %)** |

| Bill | Vendor Bill Date | Due Date | Bill Amount | Terms | Current | >30 | >60 | >90 | >120 | Total |
|------|------------------|----------|-------------|-------|---------|-----|-----|-----|------|-------|
| **BINEXP - Bindery Express** | | | | | | | | | | |
| PO Box 76 | | | | | | | | | | |
| Belle Plaine KS 67013 | | | | | | | | | | |
| 14651 | 9/13/22 | 10/13/22 | 594.75 | Net 30 Days | 594.75 | 0.00 | 0.00 | 0.00 | 0.00 | 594.75 |
| 14671 | 9/26/22 | 10/26/22 | 120.00 | Net 30 Days | 120.00 | 0.00 | 0.00 | 0.00 | 0.00 | 120.00 |
| | | | | | 714.75 | 100 % | 0.00 | | 0.00 | |
| **Rob Sparks 316.944.8163** | | | | | | 0.00 | | 0.00 | | 714.75 |
| **KYLROT - Kylie Rott** | | | | | | | | | | |
| 604 N. Springwood | | | | | | | | | | |
| Goddard KS 67052 | | | | | | | | | | |
| 1854 | 9/9/22 | 10/9/22 | 35.00 | Net 30 Days | 35.00 | 0.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| | | | | | 35.00 | 100 % | 0.00 | | 0.00 | |
| | | | | | | 0.00 | | 0.00 | | 35.00 |
| **PRIENV - Priority Envelope** | | | | | | | | | | |
| PO Box 860612 | | | | | | | | | | |
| Minneapolis MN 55486-0612 | | | | | | | | | | |
| 52380 | 9/21/22 | 10/21/22 | 1,253.00 | Net 30 Days | 1,253.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,253.00 |
| | | | | | 1,253.00 | 100 % | 0.00 | | 0.00 | |
| | | | | | | 0.00 | | 0.00 | | 1,253.00 |
| **PRIORI - PRIORITY ENVELOPE - Shipping address** | | | | | | | | | | |
| 17501 West 98th Street | | | | | | | | | | |
| Lenexa KS 66219 | | | | | | | | | | |
| 52379 | 9/21/22 | 10/21/22 | 670.40 | Net 30 Days | 670.40 | 0.00 | 0.00 | 0.00 | 0.00 | 670.40 |
| | | | | | 670.40 | 100 % | 0.00 | | 0.00 | |
| **Receiving** | | | | | | | 0.00 | | 0.00 | 670.40 |
| **Total Vendors: 4** | **Grand Totals:** | | | | 2,673.15 | 100 % | 0.00 | | 0.00 | |
| | | | | | | 0.00 | | 0.00 | | 2,673.15 |

**Note: Aging percentages are shown in whole numbers only and may add up to be slightly more or slightly less than 100%.

* indicates that the status of this bill requires attention and is not ready to be paid.

S8/26/22:aging-report.rpt                                    EFI Pace, a division of EFI, Inc.

Aging as of :  9/30/22
Accounting Period:  All Accounting Year: All
Sort By: Customer ID

Open Balance Only - Invoice Date
Detail Report
Sort 1: ALL

| Inv Date | Due Date | Invoice | Invoice Amount | Current | > 30 | > 60 | > 90 | > 120 | Total | Days |
|---|---|---|---|---|---|---|---|---|---|---|
| **ADAJONLF - Adams Jones Law Firm, P.A** | | | (316)-265-8591 | | Salesperson: 4 - Brent Hardin | | | | | |
| Contact: Roger Tennyson | | | | | | | | | | |
| 9/29/22 | 10/9/22 | 162676011 | 3,630.38 | 3,630.38 | 0.00 | 0.00 | 0.00 | 0.00 | 3,630.38 | -1 |
| | | | | 3,630.38  100 % | | 0.00 | | 0.00 | | |
| | | Customer ID Sub-Total: | 3,630.38 | | 0.00 | | 0.00 | | 3,630.38 | |
| **ADOTBCH - Adorers Of The Blood Of Christ** | | | (316) 990-5928 | | Salesperson: 1 - Jay Ewy | | | | | |
| Email: bengel@adorers.org | Contact: Lori Benge | | | | | | | | | |
| 9/26/22 | 10/11/22 | 163405011 | 161.33 | 161.33 | 0.00 | 0.00 | 0.00 | 0.00 | 161.33 | -4 |
| | | | | 161.33  100 % | | 0.00 | | 0.00 | | |
| | | Customer ID Sub-Total: | 161.33 | | 0.00 | | 0.00 | | 161.33 | |
| **ADVCHIR - Advanced Chiropractic** | | | (316) 202-0045 | | Salesperson: 4 - Brent Hardin | | | | | |
| Contact: Dr. Brad Dopps | | | | | | | | | | |
| 9/26/22 | 10/11/22 | 163422011 | 310.36 | 310.36 | 0.00 | 0.00 | 0.00 | 0.00 | 310.36 | -4 |
| | | | | 310.36  100 % | | 0.00 | | 0.00 | | |
| | | Customer ID Sub-Total: | 310.36 | | 0.00 | | 0.00 | | 310.36 | |
| **AFFPSYCH - Affiliated Psychiatric** | | | (316)-687-0006 | | Salesperson: 13 - Bob Jenkins | | | | FAX (316)-687-0328 | |
| 2/28/22 | 3/30/22 | 160481011 | 5,617.63 | 0.00 | 0.00 | 0.00 | 0.00 | 1,794.16 | 1,794.16 | -214 |
| | | | | 0.00 | | 0.00 | | 1,794.16  100 % | | |
| | | Customer ID Sub-Total: | 5,617.63 | | 0.00 | | 0.00 | | 1,794.16 | |
| **AIROSOL - Airosol Company Inc** | | | (620) 325-2666 | | Salesperson: 13 - Bob Jenkins | | | | | |
| Contact: Cricket Blevens | | | | | | | | | | |
| 4/28/22 | 5/13/22 | 161622011 | 1,537.41 | 0.00 | 0.00 | 0.00 | 0.00 | 172.80 | 172.80 | -155 |
| | | | | 0.00 | | 0.00 | | 172.80  100 % | | |
| | | Customer ID Sub-Total: | 1,537.41 | | 0.00 | | 0.00 | | 172.80 | |
| **ALLCRANE - Allied Crane L.L.C.** | | | (316)-640-6966 | | Salesperson: 4 - Brent Hardin | | | | | |
| 9/13/22 | 9/23/22 | 163160011 | 398.36 | 398.36 | 0.00 | 0.00 | 0.00 | 0.00 | 398.36 | -17 |
| | | | | 398.36  100 % | | 0.00 | | 0.00 | | |
| | | Customer ID Sub-Total: | 398.36 | | 0.00 | | 0.00 | | 398.36 | |
| **ALTSERCO - Alternative Service Concepts** | | | 615-360-1342 | | Salesperson: 13 - Bob Jenkins | | | | FAX 615-360-1343 fax | |

S2/6/20:receivable/aging-detail-report.rpt

EFI Pace, a division of EFI, Inc.



**CROSSFIRST BANK**

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

DOCUPLEX INC
630 N PENNSYLVANIA ST
WICHITA KS 67214-4157

*Put in as 10-2022*
*for ~~August~~ September*

Last statement: August 31, 2022
This statement: September 30, 2022
Total days in statement period: 30

Page 1
XXXXXX8841
( 54 )

Direct inquiries to:

CrossFirst Bank
PO Box 27107
Overland Park, KS 66225-7107

*credit on 10/3*

*Timing -523 30        Started*

## CrossFirst Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX8841 | Beginning balance | $6,799.97 |
| Enclosures | 54 | Total additions | 247,716.75 |
| Low balance | $37,795.44 | Total subtractions | 195,525.47 |
| Average balance | $58,794.34 | Ending balance | $58,991.25 |
| Avg collected balance | $46,531 | | |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1214 | 09-08 | 1,169.48 | 1921 | 09-12 | 10,176.61 |
| 1215 | 09-13 | 331.43 | 1922 | 09-13 | 3,958.07 |
| 1216 | 09-07 | 749.96 | 1923 | 09-14 | 2,366.37 |
| 1217 | 09-12 | 261.69 | 1924 | 09-15 | 775.84 |
| 1218 | 09-22 | 1,152.68 | 1925 | 09-20 | 20,000.00 |
| 1219 | 09-26 | 309.83 | 1926 | 09-19 | 147.53 |
| 1220 | 09-21 | 595.97 | 1927 | 09-20 | 1,315.55 |
| 1900 * | 09-01 | 435.85 | 1928 | 09-27 | 80.33 |
| 1903 * | 09-01 | 116.04 | 1929 | 09-22 | 1,866.94 |
| 1904 | 09-01 | 258.00 | 1930 | 09-26 | 36.00 |
| 1910 * | 09-02 | 145.71 | 1931 | 09-28 | 18,771.19 |
| 1915 * | 09-09 | 285.05 | 1932 | 09-28 | 261.69 |
| 1916 | 09-07 | 1,251.30 | 1933 | 09-26 | 3,519.62 |
| 1917 | 09-07 | 182.60 | 1934 | 09-28 | 691.25 |
| 1918 | 09-08 | 220.00 | 1935 | 09-29 | 70.00 |
| 1919 | 09-08 | 46.50 | 1936 | 09-29 | 2,681.66 |
| 1920 | 09-09 | 3,143.12 | * Skip in check sequence | | |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 09-06 | Preauthorized Wd | 28,681.34 |
| | DOCUPLEX INC PAYROLL 220906 | |



CROSSFIRST BANK ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 09-09 | ' POS Purchase | 25.00 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-09 | ' POS Purchase | 505.00 ✓ |
| | MERCHANT PURCHASE TERMINAL 449215 SQ INDUSTRIAL UNI F 877 417 4 KS | |
| 09-09 | ' POS Purchase | 198.00 ✓ |
| | MERCHANT PURCHASE TERMINAL 449215 SQ INDUSTRIAL UNI F 877 417 4 KS | |
| 09-09 | ' POS Purchase | 780.00 ✓ |
| | MERCHANT PURCHASE TERMINAL 449215 SQ INDUSTRIAL UNI F 877 417 4 KS | |
| 09-09 | ' POS Purchase | 280.00 ✓ |
| | POS PURCHASE TERMINAL 77827301 SQ *INDUSTRIAL UNI FORM WICHITA KS | |
| 09-09 | ' Preauthorized Wd | 2,140.07 ✓ |
| | NW TRUST CONTRIB 220909 | |
| 09-09 | ' POS Purchase | 0.14 ∅ |
| | MERCHANT PURCHASE TERMINAL 403482 QT 396 OUTSIDE WICHITA KS | |
| 09-09 | ' Preauthorized Wd | 2,111.98 ✓ |
| | DOCUPLEX INC PLATES 220909 | |
| 09-12 | ' POS Purchase | 5.10 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 5.10 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 15.30 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 20.40 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 5.10 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 10.20 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 5.10 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-12 | ' POS Purchase | 5.10 ✓ |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |



**CROSSFIRST BANK** ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 09-12 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 11.00 |
| 09-12 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 168.00 |
| 09-13 | Preauthorized Wd<br>KSDEPTOFREVENUE TAXDRAFTS 220913<br>036481206356F01 | 2,004.50 |
| 09-14 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 4OVER<br>818 246 1 CA | 172.80 |
| 09-14 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 150.00 |
| 09-14 | Preauthorized Wd<br>IRS USATAXPYMT 220914<br>270265784796150 | 9,924.02 |
| 09-14 | Preauthorized Wd<br>DOCUPLEX INC PLATES 220914 | 354.72 |
| 09-15 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 10.20 |
| 09-15 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 25.00 |
| 09-16 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 37.50 |
| 09-16 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 449398 MAGNET GROUP<br>636 239 5 MO | 208.08 |
| 09-16 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE<br>WICHITA KS | 48.00 |
| 09-16 | Analysis Charge<br>ANALYSIS ACTIVITY FOR 08/22 | 140.33 |
| 09-19 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 ULINE SHIP SUPPL<br>IES 800 295 5 WI | 627.29 |
| 09-19 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 407105 WAFERSEALS COM<br>800 27462 NJ | 626.09 |
| 09-19 | Preauthorized Wd<br>DOCUPLEX INC PAYROLL 220919 | 37,180.89 |
| 09-20 | POS Purchase<br>MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN<br>800 55754 CA | 60.00 |



**CROSSFIRST BANK**®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 09-21 | ' Preauthorized Wd | 675.39 |
| | NW TRUST CONTRIB 220921 | |
| 09-21 | ' Preauthorized Wd | 2,431.73 |
| | NW TRUST CONTRIB 220921 | |
| 09-22 | ' POS Purchase | 34.56 |
| | MERCHANT PURCHASE TERMINAL 469216 4OVER | |
| | 818 246 1 CA | |
| 09-22 | ' POS Purchase | 17.20 |
| | MERCHANT PURCHASE TERMINAL 449398 MAGNET GROUP | |
| | 636 239 5 MO | |
| 09-22 | ' POS Purchase | 281.05 |
| | MERCHANT PURCHASE TERMINAL 449215 LD PRODUCTS INC | |
| | 888 321 2 CA | |
| 09-22 | ' POS Purchase | 198.40 |
| | MERCHANT PURCHASE TERMINAL 449216 SP LABEL SUPPLY MA | |
| | RT HTTPSCEDA MO | |
| 09-22 | ' POS Purchase | 52.88 |
| | MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE | |
| | WICHITA KS | |
| 09-22 | ' Preauthorized Wd | 7,943.66 |
| | BCBS OF KANSAS PREMIUM 220922 | |
| 09-23 | ' POS Purchase | 10.20 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 09-23 | ' POS Purchase | 5.10 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 09-23 | ' POS Purchase | 5.10 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 09-23 | ' Preauthorized Wd | 1,728.00 |
| | DOCUPLEX INC PLATES 220923 | |
| 09-26 | ' POS Purchase | 128.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 09-26 | ' Preauthorized Wd | 1,544.50 |
| | KSDEPTOFREVENUE TAXDRAFTS 220926 | |
| | 036481206356F01 | |
| 09-26 | ' POS Purchase | 41.02 |
| | MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE | |
| | WICHITA KS | |
| 09-27 | ' POS Purchase | 30.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 09-27 | ' Preauthorized Wd | 43.52 |
| | KANSAS GAS SERVI UTIL PAYMT 220927 | |
| 09-27 | ' Preauthorized Wd | 57.49 |
| | KANSAS GAS SERVI UTIL PAYMT 220927 | |



**CROSSFIRST BANK**®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

DOCUPLEX INC
September 30, 2022

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 09-27 | ' Preauthorized Wd | 313.10 |
| | Kansas.gov Kansas.gov 220927 | |
| | 202225539234 | |
| 09-27 | ' POS Purchase | 523.30 |
| | POS PURCHASE TERMINAL 77827301 SQ *MAKING THE MAR K, I OVERLAND KS | |
| 09-28 | ' POS Purchase | 5.10 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-28 | ' POS Purchase | 175.00 |
| | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 09-28 | ' POS Purchase | 523.30 |
| | MERCHANT PURCHASE TERMINAL 469216 SQ KCBS STORE 877 417 4 KS | |
| 09-28 | ' Preauthorized Wd | 13,424.98 |
| | IRS USATAXPYMT 220928 | |
| | 270267115648799 | |
| 09-29 | ' Preauthorized Wd | 548.07 |
| | COX COMM KAN BANK DRAFT 220929 | |
| 09-30 | ' POS Purchase | 245.48 |
| | MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN 800 55754 CA | |
| 09-30 | ' POS Purchase | 31.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 09-30 | ' POS Purchase | 195.53 |
| | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 09-30 | ' POS Purchase | 215.00 |
| | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 09-30 | ' Preauthorized Wd | 182.60 |
| | SURENCY LIFE AND SURENCY 220930 | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|----------:|
| 09-01 | ' Preauthorized Credit | 85.54 |
| | Mid-Kansas Pedia PY08/31/22 220901 | |
| 09-01 | Merchant Deposit | 31,975.54 |
| 09-02 | Merchant Deposit | 17,559.96 |
| 09-06 | ' Preauthorized Credit | 75.94 |
| | REDGUARD LLC PY09/01/22 220906 | |
| 09-06 | Merchant Deposit | 19,922.38 |
| 09-07 | ' Preauthorized Credit | 4,645.82 |
| | MAVERICK DISTRIB Docuplex 220907 | |
| 09-07 | Merchant Deposit | 2,336.97 |



**CROSSFIRST BANK**®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Additions |
|------|-------------|-----------|
| 09-08 | Merchant Deposit | 3,034.78 |
| 09-09 | Merchant Deposit | 16,661.78 |
| 09-12 | Preauthorized Credit | 793.11 |
| | CREDIT UNION OF DIRECT-PAY 220912 | |
| | 20184032 | |
| 09-12 | Merchant Deposit | 8,235.48 |
| 09-13 | Merchant Deposit | 3,300.66 |
| 09-14 | Merchant Deposit | 22,208.34 |
| 09-15 | Merchant Deposit | 3,438.18 |
| 09-16 | Preauthorized Credit | 5,910.11 |
| | CREDIT UNION OF DIRECT-PAY 220916 | |
| | 20622786 | |
| 09-16 | Merchant Deposit | 14,952.80 |
| 09-19 | Preauthorized Credit | 140.00 |
| | REDGUARD LLC PY09/15/22 220919 | |
| 09-19 | Merchant Deposit | 9,304.23 |
| 09-20 | Merchant Deposit | 291.90 |
| 09-21 | Preauthorized Credit | 1,665.48 |
| | OW WILLOW GREEN ACH Pmt Inv# 163025011 pai | |
| | d in Chase Connect | |
| 09-21 | Merchant Deposit | 2,578.79 |
| 09-22 | Merchant Deposit | 12,848.84 |
| 09-23 | Preauthorized Credit | 4,514.05 |
| | MAVERICK DISTRIB Docuplex 220923 | |
| 09-23 | Preauthorized Credit | 2,253.28 |
| | BUNTING MAGNETIC TRADE PAY 163054011 220901 2 | |
| | 100.29 | |
| 09-23 | Merchant Deposit | 13,696.74 |
| 09-26 | Merchant Deposit | 21,804.14 |
| 09-27 | Merchant Deposit | 6,452.62 |
| 09-28 | Merchant Deposit | 391.96 |
| 09-29 | Preauthorized Credit | 229.56 |
| | Deere & Company PAYMENTS 220929 | |
| | AG002002556484 | |
| 09-29 | Merchant Deposit | 6,980.54 |
| 09-30 | Preauthorized Credit | 372.42 |
| | Deere & Company PAYMENTS 220930 | |
| | AG002002557712 | |
| 09-30 | Preauthorized Credit | 70.04 |
| | LEE AEROSPACE ** 220930 | |
| | 002508 | |
| 09-30 | Merchant Deposit | 8,984.77 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 08-31 | 6,799.97 | 09-02 | 55,465.41 | 09-07 | 51,581.32 |
| 09-01 | 38,051.16 | 09-06 | 46,782.39 | 09-08 | 53,180.12 |



**CROSSFIRST BANK**®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-09 | 60,373.54 | 09-19 | 58,879.09 | 09-27 | 79,983.81 |
| 09-12 | 58,713.43 | 09-20 | 37,795.44 | 09-28 | 46,523.26 |
| 09-13 | 55,720.09 | 09-21 | 38,336.62 | 09-29 | 50,433.63 |
| 09-14 | 64,960.52 | 09-22 | 39,638.09 | 09-30 | 58,991.25 |
| 09-15 | 67,587.66 | 09-23 | 58,353.76 | | |
| 09-16 | 88,016.66 | 09-26 | 74,578.93 | | |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with CrossFirst Bank*



# CROSSFIRST BANK®

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/01/2022 02:05:26 PM
Amount:    $ 31,975.54

⑊5523⑊152⑊ 201978841⑊619 ⑊0003197554⑊

**09/01/2022   Deposit   $31,975.54**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/09/2022 01:38:16 PM
Amount:    $ 16,661.78

⑊5523⑊152⑊ 201978841⑊619 ⑊0001666178⑊

**09/09/2022   Deposit   $16,661.78**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/02/2022 02:15:08 PM
Amount:    $ 17,559.96

⑊5523⑊152⑊ 201978841⑊619 ⑊0001755996⑊

**09/02/2022   Deposit   $17,559.96**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/12/2022 01:49:28 PM
Amount:    $ 8,235.48

⑊5523⑊152⑊ 201978841⑊619 ⑊0000823548⑊

**09/12/2022   Deposit   $8,235.48**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/06/2022 03:52:29 PM
Amount:    $ 19,922.38

⑊5523⑊152⑊ 201978841⑊619 ⑊0001992238⑊

**09/06/2022   Deposit   $19,922.38**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/13/2022 01:30:16 PM
Amount:    $ 3,300.66

⑊5523⑊152⑊ 201978841⑊619 ⑊0000330066⑊

**09/13/2022   Deposit   $3,300.66**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/07/2022 01:51:20 PM
Amount:    $ 2,336.97

⑊5523⑊152⑊ 201978841⑊619 ⑊0000233697⑊

**09/07/2022   Deposit   $2,336.97**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/14/2022 01:59:27 PM
Amount:    $ 22,208.34

⑊5523⑊152⑊ 201978841⑊619 ⑊0002220834⑊

**09/14/2022   Deposit   $22,208.34**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/08/2022 02:05:21 PM
Amount:    $ 3,034.78

⑊5523⑊152⑊ 201978841⑊619 ⑊0000303478⑊

**09/08/2022   Deposit   $3,034.78**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/15/2022 01:52:08 PM
Amount:    $ 3,438.18

⑊5523⑊152⑊ 201978841⑊619 ⑊0000343818⑊

**09/15/2022   Deposit   $3,438.18**

**CROSSFIRST BANK®**

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/16/2022 02:11:05 PM
Amount:    $ 14,952.80

⑀5523⑀152⑀ 201978841⑀619 /0001495280/

09/16/2022    Deposit    $14,952.80

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/23/2022 01:55:34 PM
Amount:    $ 13,696.74

⑀5523⑀152⑀ 201978841⑀619 /0001369674/

09/23/2022    Deposit    $13,696.74

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/19/2022 01:50:50 PM
Amount:    $ 9,304.23

⑀5523⑀152⑀ 201978841⑀619 /0000930423/

09/19/2022    Deposit    $9,304.23

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/26/2022 01:16:44 PM
Amount:    $ 21,804.14

⑀5523⑀152⑀ 201978841⑀619 /0002180414/

09/26/2022    Deposit    $21,804.14

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/20/2022 03:20:12 PM
Amount:    $ 291.90

⑀5523⑀152⑀ 201978841⑀619 /0000029190/

09/20/2022    Deposit    $291.90

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/27/2022 03:03:20 PM
Amount:    $ 6,452.62

⑀5523⑀152⑀ 201978841⑀619 /0000645262/

09/27/2022    Deposit    $6,452.62

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/21/2022 02:17:12 PM
Amount:    $ 2,578.79

⑀5523⑀152⑀ 201978841⑀619 /0000257879/

09/21/2022    Deposit    $2,578.79

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/28/2022 01:45:46 PM
Amount:    $ 391.96

⑀5523⑀152⑀ 201978841⑀619 /0000039196/

09/28/2022    Deposit    $391.96

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/22/2022 01:39:41 PM
Amount:    $ 12,848.84

⑀5523⑀152⑀ 201978841⑀619 /0001284884/

09/22/2022    Deposit    $12,848.84

---

**CROSSFIRST BANK®**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    09/29/2022 01:08:17 PM
Amount:    $ 6,980.54

⑀5523⑀152⑀ 201978841⑀619 /0000698054/

09/29/2022    Deposit    $6,980.54

## Merchant Capture Deposit Ticket

**CROSSFIRST BANK®**

Account Number: 201978841
Date: 09/30/2022 01:38:51 PM
Amount: $ 8,984.77

⑆55523⑆152⑈ 201978841⑈619 ⑆00008984.77⑆

09/30/2022 Deposit $8,984.77



09/22/2022 1218 $1,152.68

09/08/2022 1214 $1,169.48

09/26/2022 1219 $309.83

09/13/2022 1215 $331.43

09/21/2022 1220 $595.97

09/07/2022 1216 $749.96



09/01/2022 1900 $435.85

09/12/2022 1217 $261.69

09/01/2022 1903 $116.04




09/01/2022   1904   $258.00



09/08/2022   1918   $220.00

09/02/2022   1910   $145.71



09/08/2022   1919   $46.50

09/09/2022   1915   $285.05



09/09/2022   1920   $3,143.12

09/07/2022   1916   $1,251.30



09/12/2022   1921   $10,176.61



09/07/2022   1917   $182.60



09/13/2022   1922   $3,958.07



09/14/2022   1923   $2,366.37



09/27/2022   1928   $80.33



09/15/2022   1924   $775.84



09/22/2022   1929   $1,866.94



09/20/2022   1925   $20,000.00



09/26/2022   1930   $36.00



09/19/2022   1926   $147.53



09/28/2022   1931   $18,771.19



09/20/2022   1927   $1,315.55



09/28/2022   1932   $261.69



09/26/2022   1933   $3,519.62



09/28/2022   1934   $691.25



09/29/2022   1935   $70.00



09/29/2022   1936   $2,681.66



EQUITY BANK

7701 E. Kellogg, Suite 100 • Wichita, KS 67207
(888) 733-5041 • www.equitybank.com

DOCUPLEX INC
630 N PENNSYLVANIA
WICHITA KS 67214

**FASTER. SMARTER. BANKING.**

 

FASTER SMARTER TOASTER. GET YOURS!

## COMMERCIAL ANALYSIS CHECKING SUMMARY - 300000413

| | | |
|---|---|---|
| Previous Balance | | 687.51 |
| Deposits/Credits | 9 | 21,446.51 + |
| Checks/Debits | 17 | 16,256.02 - |
| Service Charge | | 0.00 - |
| Interest Paid | | 0.00 + |
| Current Statement Balance | | 5,878.00 |
| Days in Statement Period: | 30 | |

### Deposits

| Posted | Description | | Amount |
|---|---|---|---|
| 09/01/22 | RDC DEPOSIT | | 8,042.20 |
| 09/02/22 | ACH Deposit | INTRUST Bank, Na BankTEL | 712.36 |
| 09/02/22 | ACH Deposit | GSI ENGINEERING  GSI ENGINE | 626.64 |
| 09/16/22 | ACH Deposit | Deere & Company  PAYMENTS | 431.68 |
| 09/20/22 | ACH Deposit | INTRUST Bank, Na BankTEL | 336.77 |
| 09/21/22 | ACH Deposit | Deere & Company  PAYMENTS | 278.80 |
| 09/27/22 | ACH Deposit | OCCIDENTAL CHEM. 1001964122 | 5,104.27 |
| 09/29/22 | ACH Deposit | Koch Business So PAYMENTS | 1,828.47 |
| 09/30/22 | ACH Deposit | EQUITY BANK     VENDOR PAY | 4,085.32 |

### Electronic Transactions

| Posted | Description | | Amount |
|---|---|---|---|
| 09/01/22 | ACH Payment | FEDERATED MUTUAL PAYMENT ES8005 | 4,785.60- |
| 09/02/22 | ACH Payment | IMS          ACH | 477.04- |
| 09/02/22 | Internet Trf W/D | Online Transfer from DDA 0413 | 3,930.00- |
| 09/06/22 | ACH Payment | PRUDENTIAL INS PREM | 545.00- |
| 09/06/22 | ACH Payment | AFLAC          INSURANCE | 263.04- |
| 09/06/22 | ACH Payment | CITY OF WICHITA UTILITY 316-265-1300 | 29.26- |


**EQUITY BANK**

7701 E. Kellogg, Suite 100 • Wichita, KS 67207
(888) 733-5041 • www.equitybank.com

| | | | |
|---|---|---|---|
| 09/07/22 | Return Check Chrg | Item(s) Presented 09/06/2022 | 34.98- |
| 09/09/22 | Return Check Chrg | Item(s) Presented 09/08/2022 | 34.98- |
| 09/11/22 | Analysis Charge | | 55.67- |
| 09/12/22 | Return Check Chrg | Item(s) Presented 09/09/2022 | 69.96- |
| 09/14/22 | Return Check Chrg | Item(s) Presented 09/13/2022 | 139.92- |
| 09/15/22 | Return Check Chrg | Item(s) Presented 09/14/2022 | 34.98- |
| 09/20/22 | Return Check Chrg | Item(s) Presented 09/19/2022 | 104.94- |
| 09/26/22 | Return Check Chrg | Item(s) Presented 09/23/2022 | 34.98- |
| 09/27/22 | Internet Trf W/D | Online Transfer from DDA 0413 | 5,679.88- |
| 09/29/22 | Return Check Chrg | Item(s) Presented 09/28/2022 | 34.98- |
| 09/30/22 | Neg Coll Bal Fee | | 0.81- |

## Checks Paid Electronically

| Check Number | Date | Description | Amount |
|---|---|---|---|

---No Checks Paid Electronically in this statement cycle---

## Checks Paid

| Check Number | Date | Amount | Check Number | Date | Amount |
|---|---|---|---|---|---|

---No Checks Paid in this statement cycle---

## Other Debits

| Posted | Description | Amount |
|---|---|---|

---No Other Debit Transactions in this statement cycle---

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/01 | 3,944.11 | 09/12 | -156.82 | 09/26 | 575.61 |
| 09/02 | 876.07 | 09/14 | -296.74 | 09/27 | 0.00 |
| 09/06 | 38.77 | 09/15 | -331.72 | 09/29 | 1,793.49 |
| 09/07 | 3.79 | 09/16 | 99.96 | 09/30 | 5,878.00 |
| 09/09 | -31.19 | 09/20 | 331.79 | | |
| 09/11 | -86.86 | 09/21 | 610.59 | | |



# EQUITY BANK

7701 E. Kellogg, Suite 100 • Wichita, KS 67207
(888) 733-5041 • www.equitybank.com

## Electronic Deposit Ticket

**Customer**
KE Enterprises Inc
205 W 2nd

Wichita,KS 67202

| Date | 9/1/2022 |
|---|---|

**Deposited with**
Equity Bank
7701 E Kellogg
Wichita,KS 67207

| Account Number | 300000413 |
|---|---|

| Total Deposit | $8,042.20 |
|---|---|

<101105354< #300000413#       151      $00008042200$

09/01/2022      0      $8,042.20



# FIRST NATIONAL BANK
### OF HUTCHINSON
## First for You

Contact us:
(316) 444-2550

MEMBER
**FDIC**



Branch:
FIRST NATIONAL BANK
6206 N 247TH ST. W.
ANDALE, KS 67001

Visit our website at:
www.fnbhutch.bank

DOCUPLEX
630 N PENNSYLVANIA AVE
WICHITA KS 67214-4157

$9.2 - 10.3$

Page 1 of 3

**Statement Date: October 3, 2022**

**Account Number: 1010422**

## FIRST BUSINESS CHECKING

*Timing +151.03*

### ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 32 |
| Average balance | $13,118.27 |
| Total service charge this period | $5.00 |



| Previous balance | 09/01/2022 | $5,758.39 |
|---|---|---|
| Deposits | 15 | $18,004.29 |
| Withdrawals | 3 | $7,461.35 |
| **Ending balance** | **10/03/2022** | **$16,301.33** |

### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 09/02/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $92.44 |
| 09/06/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $511.41 |
| 09/07/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,520.24 |
| 09/09/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $346.08 |
| 09/12/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $2,518.97 |
| 09/13/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,623.68 |
| 09/14/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,360.37 |
| 09/16/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $2,888.24 |
| 09/19/2022 | HRTLAND PMT SYS DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $223.16 |

# FIRST NATIONAL BANK
## OF HUTCHINSON
### First for You

**DOCUPLEX**

## DEPOSITS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 09/20/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $789.26 |
| 09/21/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $485.41 |
| 09/27/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $2,273.32 |
| 09/28/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $529.30 |
| 09/29/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,893.77 |
| 09/30/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $948.64 |

**Number of Deposits 15**          **Total Deposits $18,004.29**

## WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 09/26/2022 | KSDEPTOFREVENUE  0001DOCUPLEX INC ACH DEBIT  TAXDRAFTS 004481206356F01 | $6,539.11 |
| 10/03/2022 | HRTLAND PMT SYS  DOCUPLEX ACH DEBIT  TXNS/FEES 650000006517927 | $917.24 |
| 10/03/2022 | MONTHLY FEE | $5.00 |

**Number of Withdrawals 3**          **Total Withdrawals $7,461.35**

## DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09/02/2022 | $5,850.83 | 09/14/2022 | $13,731.58 | 09/27/2022 | $13,851.86 |
| 09/06/2022 | $6,362.24 | 09/16/2022 | $16,619.82 | 09/28/2022 | $14,381.16 |
| 09/07/2022 | $7,882.48 | 09/19/2022 | $16,842.98 | 09/29/2022 | $16,274.93 |
| 09/09/2022 | $8,228.56 | 09/20/2022 | $17,632.24 | 09/30/2022 | $17,223.57 |
| 09/12/2022 | $10,747.53 | 09/21/2022 | $18,117.65 | 10/03/2022 | $16,301.33 |
| 09/13/2022 | $12,371.21 | 09/26/2022 | $11,578.54 | | |