# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   KANSAS

<Enter Division name if applicable, else delete this text>

In Re. Docuplex, Inc

§
§
§
§

Debtor(s)

Case No.  22-10734

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2022

Petition Date: 09/02/2022

Months Pending: 3

Industry Classification: | 3 | 2 | 3 | 1 |

Reporting Method:          Accrual Basis ⊙          Cash Basis ○

Debtor's Full-Time Employees (current):          28

Debtor's Full-Time Employees (as of date of order for relief):          28

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☐   Statement of cash receipts and disbursements
☐   Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒   Statement of operations (profit or loss statement)
☒   Accounts receivable aging
☐   Postpetition liabilities aging
☐   Statement of capital assets
☐   Schedule of payments to professionals
☐   Schedule of payments to insiders
☒   All bank statements and bank reconciliations for the reporting period
☐   Description of the assets sold or transferred and the terms of the sale or transfer

/s/ David T. Prelle Eron
_____
Signature of Responsible Party

01/11/2023
_____
Date

David T. Prelle Eron
_____
Printed Name of Responsible Party

301 N. Main St., Suite 2000, Wichita, KS  67202
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)

1

| Debtor's Name | Docuplex, Inc | Case No. | 22-10734 |

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $120,710 | |
| b. | Total receipts (net of transfers between accounts) | $287,003 | $877,771 |
| c. | Total disbursements (net of transfers between accounts) | $283,207 | $799,287 |
| d. | Cash balance end of month (a+b-c) | $124,506 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $283,207 | $799,287 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $355,276 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $59,064 |
| c. | Inventory    (Book ○   Market ○   Other ◉   (attach explanation)) | $81,136 |
| d | Total current assets | $1,760,450 |
| e. | Total assets | $2,137,798 |
| f. | Postpetition payables (excluding taxes) | $15,546 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $15,546 |
| k. | Prepetition secured debt | $3,456,678 |
| l. | Prepetition priority debt | $94,320 |
| m. | Prepetition unsecured debt | $361,588 |
| n. | Total liabilities (debt) (j+k+l+m) | $3,928,132 |
| o. | Ending equity/net worth (e-n) | $-1,790,334 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $325,743 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $64,903 | |
| c. | Gross profit (a-b) | $260,839 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $179,037 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $4,018 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $2,815 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $74,969 | $152,227 |

## Part 5:  Professional Fees and Expenses

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | $0 | $0 | $0 | $20,000 |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | Prelle Eron & Bailey PA | Lead Counsel | $0 | $0 | $0 | $20,000 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

UST Form 11-MOR (12/01/2021)                              6

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

UST Form 11-MOR (12/01/2021)                         7

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $41,390 | $97,031 |
| d. Postpetition employer payroll taxes paid | $41,390 | $97,031 |
| e. Postpetition property taxes paid | $2,815 | $8,445 |
| f. Postpetition other taxes accrued (local, state, and federal) | $7,102 | $21,985 |
| g. Postpetition other taxes paid (local, state, and federal) | $7,102 | $21,985 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○   No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○   No ◉

c. Were any payments made to or on behalf of insiders?   Yes ◉   No ○

d. Are you current on postpetition tax return filings?   Yes ◉   No ○

e. Are you current on postpetition estimated tax payments?   Yes ◉   No ○

f. Were all trust fund taxes remitted on a current basis?   Yes ◉   No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○   No ◉

h. Were all payments made to or on behalf of professionals approved by the court?   Yes ◉   No ○   N/A ○

i. Do you have:        Worker's compensation insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

    Casualty/property insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

    General liability insurance?   Yes ◉   No ○

    If yes, are your premiums current?   Yes ◉   No ○   N/A ○   (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?   Yes ○   No ◉

k. Has a disclosure statement been filed with the court?   Yes ○   No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ David T. Prelle Eron                                    David T. Prelle Eron
_____                                   _____
Signature of Responsible Party                              Printed Name of Responsible Party

Attorney                                                    01/11/2023
_____                                   _____
Title                                                       Date



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100



PageThree



PageFour

Period: November 1, 2022 through November 30, 2022

All Departments                                                                      All Locations

|  | Current | % | Year To Date | % |
|---|---|---|---|---|
| **Sales** | | | | |
| Sales Daily | 323,261.82 | 99.2 % | 2,635,337.00 | 98.7 % |
| Freight & Delivery-Sales | 2,480.81 | 0.8 % | 34,317.40 | 1.3 % |
| **Total Sales** | **325,742.63** | **100.0 %** | **2,669,654.40** | **100.0 %** |
| **Cost of Goods Sold** | | | | |
| Broker | 5,224.70 | 1.6 % | 75,321.71 | 2.8 % |
| Subcontractor | 70.00 | 0.0 % | 1,317.00 | 0.0 % |
| Consumables | 4,077.19 | 1.2 % | 71,826.35 | 2.7 % |
| Copier-Maint-Canon-OCE 110 | 0.00 | 0.0 % | 171,891.60 | 6.4 % |
| Equipment Maintenance | 825.62 | 0.2 % | 20,378.19 | 0.8 % |
| Mailing Lists | 3,227.08 | 1.0 % | 10,453.12 | 0.4 % |
| Paper | 48,068.02 | 14.8 % | 474,988.09 | 17.8 % |
| Postage | 0.00 | 0.0 % | 9.45 | 0.0 % |
| Supplies | 512.16 | 0.2 % | 9,541.92 | 0.4 % |
| Payroll-Salary & Wages | 151,176.79 | 46.4 % | 1,221,629.04 | 45.8 % |
| Payroll-Health Insurance | 2,947.35 | 0.9 % | 35,738.20 | 1.3 % |
| Payroll-tax Expense | 11,122.18 | 3.4 % | 99,200.16 | 3.7 % |
| Professional Fees | 34.95 | 0.0 % | 7,143.22 | 0.3 % |
| Rent | 0.00 | 0.0 % | 1,240.00 | 0.0 % |
| Repairs & Maintenance | 0.00 | 0.0 % | 4,559.93 | 0.2 % |
| Freight & Delivery Charges | 2,692.87 | 0.8 % | 24,923.97 | 0.9 % |
| Outside Production | 12.00 | 0.0 % | 11,563.95 | 0.4 % |
| Packaging Supplies | 193.78 | 0.1 % | 6,197.78 | 0.2 % |
| **Total Cost of Sales** | **230,184.69** | **70.7 %** | **2,247,923.68** | **84.2 %** |
| **Gross Profit** | **95,557.94** | **29.3 %** | **421,730.72** | **15.8 %** |
| **G & A Expense** | | | | |
| Acctg/Legal/Consulting Fees | 0.00 | 0.0 % | 68,790.25 | 2.6 % |
| Advertising | 0.00 | 0.0 % | 942.00 | 0.0 % |
| Amoritization Expense | 2,137.72 | 0.7 % | 23,514.92 | 0.9 % |
| Auto & Truck Expenses | 286.55 | 0.1 % | 16,168.33 | 0.6 % |
| Banking fees | 2,489.28 | 0.8 % | 25,055.05 | 0.9 % |
| Computer Expenses | 300.00 | 0.1 % | 13,196.34 | 0.5 % |
| Commissions | 0.00 | 0.0 % | 5,521.83 | 0.2 % |
| Depreciation Expense | 1,879.91 | 0.6 % | 20,679.01 | 0.8 % |
| Donations | 0.00 | 0.0 % | 1,800.00 | 0.1 % |
| Dues & Subscriptions | 0.00 | 0.0 % | 350.00 | 0.0 % |
| Insurance=Employee | 855.15 | 0.3 % | 4,070.23 | 0.2 % |
| Insurance=Life | -204.90 | (0.1 %) | 11,620.40 | 0.4 % |
| Insurance=Business | 656.59 | 0.2 % | 63,178.38 | 2.4 % |
| Interest Expense | 0.00 | 0.0 % | 213,610.72 | 8.0 % |
| Misc Expenses | 0.00 | 0.0 % | -0.20 | 0.0 % |
| Office Supplies | 234.40 | 0.1 % | 3,492.94 | 0.1 % |
| Janitorial | 204.05 | 0.1 % | 16,732.10 | 0.6 % |
| Printing Supplies | 0.00 | 0.0 % | 3,172.19 | 0.1 % |
| Rent-Building | 15,300.00 | 4.7 % | 168,300.00 | 6.3 % |
| Equipment Lease | 0.00 | 0.0 % | 31,914.86 | 1.2 % |

**Docuplex, Inc.**
# Income Statement

Period: November 1, 2022 through November 30, 2022

All Departments

All Locations

| | Current | % | Year To Date | % |
|---|---|---|---|---|
| Employee Benefits | 0.00 | 0.0 % | 4,917.35 | 0.2 % |
| Sales Expense Meals | 0.00 | 0.0 % | 131.56 | 0.0 % |
| Real Estate Taxes | 2,814.60 | 0.9 % | 32,042.93 | 1.2 % |
| Meals & Entertainment | 0.00 | 0.0 % | 36,980.33 | 1.4 % |
| Travel | 0.00 | 0.0 % | 11,140.13 | 0.4 % |
| Tax & Licenses | 0.00 | 0.0 % | 1,703.25 | 0.1 % |
| Telephone/Internet Expense | 2,239.22 | 0.7 % | 18,714.45 | 0.7 % |
| Utilities | 2,552.83 | 0.8 % | 109,009.74 | 4.1 % |
| **Total General & Administrative Expense** | **31,745.40** | **9.8 %** | **906,749.09** | **34.0 %** |
| **Other Income & Expense** | | | | |
| Income-Interest Income | 0.00 | 0.0 % | 1,171.49 | 0.0 % |
| Income-Misc. | 0.00 | 0.0 % | 0.01 | 0.0 % |
| Discounts Earned | 26.95 | 0.0 % | -4,969.68 | (0.2 %) |
| Postage Clearing | 68,068.57 | 20.9 % | 153,214.63 | 5.7 % |
| **Total Other Income & Expense** | **68,095.52** | **20.9 %** | **149,416.45** | **5.6 %** |
| **Net Income** | **131,908.06** | **40.5 %** | **-335,601.92** | **(12.6 %)** |

Aging as of : 11/30/22

Open Balance Only - Invoice Date

Accounting Period: All Accounting Year: All

Detail Report

Sort By: Customer ID

Sort 1: ALL

| Inv Date | Due Date | Invoice | Invoice Amount | Current | > 30 | > 60 | > 90 | > 120 | Total | Days |
|----------|----------|---------|---------------:|--------:|-----:|-----:|-----:|------:|------:|-----:|
| 7/14/22 | 8/13/22 | 162394011 | 541.96 | 0.00 | 0.00 | 0.00 | 0.00 | 541.96 | 541.96 | -139 |
| 7/21/22 | 8/20/22 | 162206011 | 343.27 | 0.00 | 0.00 | 0.00 | 0.00 | 343.27 | 343.27 | -132 |
| 7/21/22 | 8/20/22 | 162614011 | 555.27 | 0.00 | 0.00 | 0.00 | 0.00 | 555.27 | 555.27 | -132 |
| 7/26/22 | 8/25/22 | 162595011 | 186.54 | 0.00 | 0.00 | 0.00 | 0.00 | 186.54 | 186.54 | -127 |
| 7/28/22 | 8/27/22 | 162681011 | 223.68 | 0.00 | 0.00 | 0.00 | 0.00 | 223.68 | 223.68 | -125 |
| 7/29/22 | 8/28/22 | 162561011 | 128.49 | 0.00 | 0.00 | 0.00 | 0.00 | 128.49 | 128.49 | -124 |
| 7/29/22 | 8/28/22 | 162653011 | 740.34 | 0.00 | 0.00 | 0.00 | 0.00 | 740.34 | 740.34 | -124 |
| 8/8/22 | 9/7/22 | 162652021 | 165.61 | 0.00 | 0.00 | 0.00 | 165.61 | 0.00 | 165.61 | -114 |
| 8/9/22 | 9/8/22 | 162729011 | 52.50 | 0.00 | 0.00 | 0.00 | 52.50 | 0.00 | 52.50 | -113 |
| 8/22/22 | 9/21/22 | 162971011 | 190.88 | 0.00 | 0.00 | 0.00 | 190.88 | 0.00 | 190.88 | -100 |
| 8/23/22 | 9/22/22 | 162998011 | 186.54 | 0.00 | 0.00 | 0.00 | 186.54 | 0.00 | 186.54 | -99 |
| 8/30/22 | 9/29/22 | 163039011 | 241.23 | 0.00 | 0.00 | 0.00 | 241.23 | 0.00 | 241.23 | -92 |
| 9/16/22 | 10/16/22 | 163165011 | 1,460.92 | 0.00 | 0.00 | 1,460.92 | 0.00 | 0.00 | 1,460.92 | -75 |
| 9/27/22 | 10/27/22 | 163355011 | 1,262.22 | 0.00 | 0.00 | 1,262.22 | 0.00 | 0.00 | 1,262.22 | -64 |
| 11/10/22 | 12/10/22 | 163970011 | 46.38 | 46.38 | 0.00 | 0.00 | 0.00 | 0.00 | 46.38 | -20 |
| 11/21/22 | 12/21/22 | 164088011 | 102.28 | 102.28 | 0.00 | 0.00 | 0.00 | 0.00 | 102.28 | -9 |

|  |  |  |  | 148.66 | 1 % | 2,723.14 | 19 % | 10,772.98 | 74 % |  |
|--|--|--|--|--------|-----|----------|------|-----------|------|--|
| Customer ID Sub-Total: | | | 14,481.54 | | 0.00 | | 836.76 | 6 % | 14,481.54 | |

**WSUWSUFO - WSU0002 W.S.U. Foundation**  **Salesperson: 5 - Jim Hudson**

| Inv Date | Due Date | Invoice | Invoice Amount | Current | > 30 | > 60 | > 90 | > 120 | Total | Days |
|----------|----------|---------|---------------:|--------:|-----:|-----:|-----:|------:|------:|-----:|
| 8/15/22 | 9/14/22 | 162785011 | 1,496.55 | 0.00 | 0.00 | 0.00 | 1,496.55 | 0.00 | 1,496.55 | -107 |
| 9/19/22 | 10/19/22 | 163315011 | 508.00 | 0.00 | 0.00 | 508.00 | 0.00 | 0.00 | 508.00 | -72 |
| 9/20/22 | 10/20/22 | 163337011 | 581.27 | 0.00 | 0.00 | 581.27 | 0.00 | 0.00 | 581.27 | -71 |
| 10/18/22 | 11/17/22 | 163712011 | 15.02 | 0.00 | 15.02 | 0.00 | 0.00 | 0.00 | 15.02 | -43 |
| 10/25/22 | 11/24/22 | 163739011 | 527.34 | 0.00 | 527.34 | 0.00 | 0.00 | 0.00 | 527.34 | -36 |
| 11/11/22 | 12/11/22 | 162699011 | 578.14 | 578.14 | 0.00 | 0.00 | 0.00 | 0.00 | 578.14 | -19 |
| 11/18/22 | 12/18/22 | 164016011 | 965.38 | 965.38 | 0.00 | 0.00 | 0.00 | 0.00 | 965.38 | -12 |
| 11/21/22 | 12/21/22 | 163961011 | 2,114.05 | 2,114.05 | 0.00 | 0.00 | 0.00 | 0.00 | 2,114.05 | -9 |
| 11/21/22 | 12/21/22 | 163983011 | 1,217.83 | 1,217.83 | 0.00 | 0.00 | 0.00 | 0.00 | 1,217.83 | -9 |
| 11/28/22 | 12/28/22 | 164102011 | 3,075.80 | 2,617.85 | 0.00 | 0.00 | 0.00 | 0.00 | 2,617.85 | -2 |

|  |  |  |  | 7,493.25 | 71 % | 1,089.27 | 10 % | 0.00 |  |  |
|--|--|--|--|----------|------|----------|------|------|--|--|
| Customer ID Sub-Total: | | | 11,079.38 | | 542.36 | 5 % | 1,496.55 | 14 % | 10,621.43 | |

| | | | | | | | | Deposits: | -148.69 |
|--|--|--|--|--|--|--|--|-----------|--------:|

| | | | 239,351.13 | 67 % | 26,723.33 | 8 % | 35,823.84 | 10 % |  |
|--|--|--|-----------:|------|-----------|-----|-----------|------|--|
| **Grand Totals:** | | 449,747.89 | | 30,137.05 | 8 % | 23,240.20 | 7 % | 355,275.55 | |

| | | | | | | | Deposit Totals : | -91,308.26 |
|--|--|--|--|--|--|--|------------------|----------:|

*Invoice is not in the accounting period specified

**Note: Aging percentages are shown in whole numbers only and may add up to be slightly more or slightly less than 100%.

Case 22-10734   Doc# 122   Filed 01/11/23   Page 15 of 35



# FIRST NATIONAL BANK
### OF HUTCHINSON
## First for You

Contact us:
(316) 444-2550

MEMBER FDIC 

Branch:
FIRST NATIONAL BANK
6206 N 247TH ST. W.
ANDALE, KS  67001

Visit our website at:
www.fnbhutch.bank

DOCUPLEX
630 N PENNSYLVANIA AVE
WICHITA KS 67214-4157

**Statement Date:** December 1, 2022          **Account Number:** 1010422

## FIRST BUSINESS CHECKING

### ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Statement period number of days | 30 |
| Average balance | $20,015.48 |
| Total service charge this period | $5.00 |

| | | | |
|---|---|---|---|
| Previous balance | 11/01/2022 | | $14,391.80 |
| Deposits | | 14 | $39,239.44 |
| Withdrawals | | 5 | $30,711.91 |
| Ending balance | 12/01/2022 | | **$22,919.33** |



### DEPOSITS

| Date | Description | Amount |
|---|---|---|
| 11/02/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,101.65 |
| 11/03/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,686.00 |
| 11/04/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $101.48 |
| 11/07/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $692.65 |
| 11/08/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $706.68 |
| 11/14/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $877.17 |
| 11/16/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $959.40 |
| 11/18/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $1,174.45 |
| 11/21/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES | $756.42 |

Case 22-10784  Doc# 122  Filed 01/11/23  Page 16 of 35



**FIRST NATIONAL BANK**
OF HUTCHINSON
—— First for You ——

**DOCUPLEX**                                          **Account Number:  1010422**

## DEPOSITS (continued)

| Date | Description | Amount |
|------|-------------|--------|
| 11/22/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $2,386.55 |
| 11/23/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $235.84 |
| 11/25/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $376.25 |
| 11/29/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $7,527.54 |
| 11/30/2022 | HRTLAND PMT SYS  DOCUPLEX ACH CREDIT TXNS/FEES 650000006517927 | $20,657.36 |

**Number of Deposits 14**                       **Total Deposits $39,239.44**

## WITHDRAWALS

| Date | Description | Amount |
|------|-------------|--------|
| 11/25/2022 | KSDEPTOFREVENUE  0001DOCUPLEX INC ACH DEBIT  TAXDRAFTS 004481206356F01 | $8,344.27 |
| 12/01/2022 | HRTLAND PMT SYS  DOCUPLEX ACH DEBIT  TXNS/FEES 650000006517927 | $1,899.79 |
| 12/01/2022 | QUADIENT LEASING DivineGina ACH DEBIT  Leasing    NEOOLM003488284 | $2,462.85 |
| 12/01/2022 | MONTHLY FEE | $5.00 |

**Number of Withdrawals 4**                       **Total Withdrawals $12,711.91**

## CHECKS

| Number | Date | Amount |
|--------|------|--------|
| 5277 | 11/30/22 | $18,000.00 |

**Number of Checks  1**                       **Total Checks  $18,000.00**

## DAILY BALANCE SUMMARY

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 11/02/2022 | $15,493.45 | 11/14/2022 | $19,557.43 | 11/23/2022 | $25,070.09 |
| 11/03/2022 | $17,179.45 | 11/16/2022 | $20,516.83 | 11/25/2022 | $17,102.07 |
| 11/04/2022 | $17,280.93 | 11/18/2022 | $21,691.28 | 11/29/2022 | $24,629.61 |
| 11/07/2022 | $17,973.58 | 11/21/2022 | $22,447.70 | 11/30/2022 | $27,286.97 |
| 11/08/2022 | $18,680.26 | 11/22/2022 | $24,834.25 | 12/01/2022 | $22,919.33 |



# FIRST NATIONAL BANK
### OF HUTCHINSON
— First for You —

**DOCUPLEX**

**IMAGES**



Check #5277          11/30/2022          $18,000.00

**CROSSFIRST BANK** ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

DOCUPLEX INC
630 N PENNSYLVANIA ST
WICHITA KS 67214-4157

Direct inquiries to:

CrossFirst Bank
PO Box 27107
Overland Park, KS 66225-7107

## CrossFirst Business Checking

| Account number | XXXXXX8841 | Beginning balance | $77,578.01 |
|---|---|---|---|
| Enclosures | 60 | Total additions | 247,763.44 |
| Low balance | $44,472.22 | Total subtractions | 270,495.49 |
| Average balance | $79,529.40 | Ending balance | $54,845.96 |
| Avg collected balance | $72,247 | | |

**CHECKS**

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1958 | 11-23 | 1,253.00 | 1989 | 11-09 | 4,672.40 |
| 1959 | 11-23 | 670.40 | 1990 | 11-14 | 1,630.96 |
| 1969 * | 11-01 | 97.42 | 1991 | 11-18 | 210.00 |
| 1970 | 11-03 | 1,122.40 | 1992 | 11-17 | 1,219.16 |
| 1971 | 11-03 | 303.14 | 1993 | 11-22 | 293.33 |
| 1972 | 11-02 | 654.08 | 1994 | 11-16 | 987.40 |
| 1973 | 11-01 | 8,578.93 | 1995 | 11-22 | 365.20 |
| 1974 | 11-03 | 10,000.00 | 1996 | 11-16 | 6,992.76 |
| 1975 | 11-22 | 1,151.67 | 1997 | 11-18 | 60.00 |
| 1976 | 11-04 | 261.69 | 1998 | 11-22 | 261.69 |
| 1977 | 11-14 | 70.00 | 2000 * | 11-21 | 3,495.87 |
| 1978 | 11-18 | 1,018.48 | 2001 | 11-29 | 372.24 |
| 1980 * | 11-14 | 735.88 | 2002 | 11-23 | 111.75 |
| 1981 | 11-04 | 5,252.85 | 2003 | 11-23 | 5,633.44 |
| 1982 | 11-04 | 1,786.04 | 2004 | 11-30 | 1,232.35 |
| 1983 | 11-10 | 18,771.19 | 2005 | 11-23 | 300.00 |
| 1984 | 11-10 | 170.86 | 2007 * | 11-29 | 10,000.00 |
| 1985 | 11-14 | 424.96 | 2008 | 11-25 | 5,626.88 |
| 1986 | 11-15 | 744.48 | 2011 * | 11-30 | 837.35 |
| 1987 | 11-09 | 2,342.11 | 2012 | 11-30 | 1,573.95 |
| 1988 | 11-14 | 70.00 | * Skip in check sequence | | |

DOCUPLEX INC                                                                                 Page 2
November 30, 2022                                                                            XXXXXX8841

## DEBITS

| Date | | Description | Subtractions |
|------|--|-------------|-------------:|
| 11-01 | ' | POS Purchase | 10.20 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | | AND E316 26342 KS | |
| 11-01 | ' | POS Purchase | 650.00 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | | AND E316 26342 KS | |
| 11-02 | ' | POS Purchase | 215.00 |
| | | MERCHANT PURCHASE TERMINAL 449778 FIRESPRING | |
| | | 888 38857 NE | |
| 11-02 | ' | POS Purchase | 333.00 |
| | | MERCHANT PURCHASE TERMINAL 437735 MAX SECURE STORAGE | |
| | | WICHITA KS | |
| 11-02 | ' | POS Purchase | 649.71 |
| | | MERCHANT PURCHASE TERMINAL 441295 ST LOUIS TAG CO IN | |
| | | C 314 645 4 MO | |
| 11-02 | ' | POS Purchase | 175.00 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN DAVIS PIERCE D | |
| | | IE SER816 78177 MO | |
| 11-02 | ' | POS Purchase | 40.00 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | | AND E316 26342 KS | |
| 11-02 | ' | Preauthorized Wd | 197.43 |
| | | BLACK HILLS ENRG UTIL BILL 221102 | |
| 11-02 | ' | Preauthorized Wd | 2,472.08 |
| | | Sentry Life 401k Pmt 221102 | |
| | | 143578367 | |
| 11-03 | ' | POS Purchase | 63.29 |
| | | MERCHANT PURCHASE TERMINAL 433065 UNIVERSAL ENGRAVIN | |
| | | G INC 800 22190 KS | |
| 11-03 | ' | POS Purchase | 193.90 |
| | | MERCHANT PURCHASE TERMINAL 469216 ULINE SHIP SUPPL | |
| | | IES 800 295 5 WI | |
| 11-03 | ' | POS Purchase | 17.58 |
| | | MERCHANT PURCHASE TERMINAL 433065 UNIVERSAL ENGRAVIN | |
| | | G INC 800 22190 KS | |
| 11-03 | ' | Preauthorized Wd | 31.21 |
| | | CITY OF WICHITA UTILITY 221103 | |
| | | 5720562 | |
| 11-03 | ' | POS Purchase | 28.06 |
| | | POS PURCHASE TERMINAL 77827301 SQ *DAYLIGHT DONUT | |
| | | S DERBY KS | |
| 11-04 | ' | POS Purchase | 3,869.22 |
| | | MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC | |
| | | 770 419 6 GA | |

| Date | Description | Subtractions |
|---|---|---|
| 11-04 | ' POS Purchase | 151.00 |
| | MERCHANT PURCHASE TERMINAL 433065 UNIVERSAL ENGRAVIN G INC 800 22190 KS | |
| 11-04 | ' POS Purchase | 80.20 |
| | MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC 770 419 6 GA | |
| 11-04 | ' POS Purchase | 270.90 |
| | MERCHANT PURCHASE TERMINAL 449215 LD PRODUCTS INC 888 321 2 CA | |
| 11-04 | ' POS Purchase | 39.00 |
| | MERCHANT PURCHASE TERMINAL 424760 MARKETING IDEAS FO R PRIN012 345 6 ND | |
| 11-04 | ' POS Purchase | 135.28 |
| | MERCHANT PURCHASE TERMINAL 449215 CFS PRODUCTS 805 925 9 CA | |
| 11-04 | ' POS Purchase | 18.29 |
| | MERCHANT PURCHASE TERMINAL 433065 UNIVERSAL ENGRAVIN G INC 800 22190 KS | |
| 11-04 | ' POS Purchase | 49.45 |
| | MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE WICHITA KS | |
| 11-07 | ' POS Purchase | 60.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-07 | ' POS Purchase | 631.52 |
| | MERCHANT PURCHASE TERMINAL 494300 ENNIS INC 800 295 4 TX | |
| 11-07 | ' POS Purchase | 25.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-07 | ' POS Purchase | 115.07 |
| | MERCHANT PURCHASE TERMINAL 469216 NAVITOR TAYLOR COR P 800 320 0 MN | |
| 11-08 | ' POS Purchase | 821.25 |
| | MERCHANT PURCHASE TERMINAL 494300 ENNIS INC 800 295 4 TX | |
| 11-08 | ' POS Purchase | 626.41 |
| | MERCHANT PURCHASE TERMINAL 469216 BRIMAR INDUSTRIES 973 340 7 NJ | |
| 11-08 | ' POS Purchase | 46.50 |
| | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 11-09 | ' POS Purchase | 1,454.29 |
| | MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN 800 55754 CA | |
| 11-09 | ' POS Purchase | 1,454.34 |
| | MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN 800 55754 CA | |

**CROSSFIRST BANK** ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Subtractions |
|------|-------------|-------------|
| 11-09 | ' POS Purchase | 148.01 |
| | MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN | |
| | 800 55754 CA | |
| 11-09 | ' Preauthorized Wd | 2,948.45 |
| | U. P. S. UPS BILL 221109 | |
| | 22312*094141135 | |
| 11-09 | ' Preauthorized Wd | 9,931.96 |
| | IRS USATAXPYMT 221109 | |
| | 270271325960522 | |
| 11-10 | ' Preauthorized Wd | 855.15 |
| | LEGALSHIELD GRP PAYMT 221110 | |
| 11-10 | ' Preauthorized Wd | 2,287.50 |
| | KSDEPTOFREVENUE TAXDRAFTS 221110 | |
| | 036481206356F01 | |
| 11-10 | ' Preauthorized Wd | 7,403.53 |
| | BCBS OF KANSAS PREMIUM 221110 | |
| 11-10 | ' POS Purchase | 25.90 |
| | POS PURCHASE TERMINAL 77827301 SQ *DAYLIGHT DONUT | |
| | S DERBY KS | |
| 11-14 | ' POS Purchase | 34.56 |
| | MERCHANT PURCHASE TERMINAL 469216 4OVER | |
| | 818 246 1 CA | |
| 11-14 | ' POS Purchase | 5.10 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 11-14 | ' POS Purchase | 160.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 11-14 | ' POS Purchase | 223.61 |
| | MERCHANT PURCHASE TERMINAL 475542 SHARPENING SPECIAL | |
| | ISTS L316 94505 KS | |
| 11-14 | ' POS Purchase | 87.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN DAVIS PIERCE D | |
| | IE SER816 78177 MO | |
| 11-14 | ' POS Purchase | 35.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |
| 11-14 | ' POS Purchase | 7.51 |
| | MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US HB7G8 | |
| | 94Q2 Amzn com WA | |
| 11-14 | ' POS Purchase | 300.00 |
| | MERCHANT PURCHASE TERMINAL 449778 FIRESPRING | |
| | 888 38857 NE | |
| 11-14 | ' POS Purchase | 504.00 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | AND E316 26342 KS | |

**CROSSFIRST BANK** ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-14 | ' POS Purchase | 52.45 |
| | MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE WICHITA KS | |
| 11-14 | ' POS Purchase | 95.88 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-14 | ' POS Purchase | 125.28 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-14 | ' Preauthorized Wd | 1,078.23 |
| | ACHMA VISB BILL PYMNT 221114 | |
| 11-14 | ' Preauthorized Wd | 63.09 |
| | CITY OF WICHITA UTILITY 221114 8195845 | |
| 11-14 | ' Preauthorized Wd | 70.95 |
| | CITY OF WICHITA UTILITY 221114 8195872 | |
| 11-14 | ' Preauthorized Wd | 209.30 |
| | CITY OF WICHITA UTILITY 221114 8194753 | |
| 11-15 | ' POS Purchase | 48.75 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-15 | ' POS Purchase | 445.24 |
| | MERCHANT PURCHASE TERMINAL 402732 DISCOUNT LABELS 812 94526 IN | |
| 11-15 | ' Preauthorized Wd | 29,901.97 |
| | DOCUPLEX INC PAYROLL 221115 | |
| 11-16 | ' POS Purchase | 92.46 |
| | MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC 770 419 6 GA | |
| 11-16 | ' POS Purchase | 389.26 |
| | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-16 | ' POS Purchase | 30.75 |
| | MERCHANT PURCHASE TERMINAL 475542 SHARPENING SPECIAL ISTS L316 94505 KS | |
| 11-16 | ' POS Purchase | 956.93 |
| | MERCHANT PURCHASE TERMINAL 494300 ENNIS INC 800 295 4 TX | |
| 11-16 | ' POS Purchase | 487.60 |
| | MERCHANT PURCHASE TERMINAL 402732 DISCOUNT LABELS 812 94526 IN | |
| 11-16 | ' Preauthorized Wd | 4,031.88 |
| | DOCUPLEX INC PLATES 221116 | |
| 11-16 | ' Analysis Charge | 164.01 |
| | ANALYSIS ACTIVITY FOR 10/22 | |

**CROSSFIRST BANK** ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-17 | ' Preauthorized Wd<br>Sentry Life 401k Pmt 221117<br>144691989 | 2,488.45 |
| 11-17 | ' POS Purchase<br>POS PURCHASE TERMINAL 77827301 SQ *DAYLIGHT DONUT<br>S DERBY KS | 28.06 |
| 11-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 125.00 |
| 11-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN<br>800 55754 CA | 60.00 |
| 11-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN<br>800 55754 CA | 110.44 |
| 11-18 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE<br>WICHITA KS | 47.10 |
| 11-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC<br>770 419 6 GA | 302.87 |
| 11-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 474455 Western States Env<br>elope 262 79072 WI | 2,779.92 |
| 11-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 494300 ENNIS INC<br>800 295 4 TX | 276.41 |
| 11-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US HW5S3<br>0FK0 Amzn com WA | 36.50 |
| 11-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 449215 LD PRODUCTS INC<br>888 321 2 CA | 541.80 |
| 11-21 | ' Preauthorized Wd<br>DOCUPLEX INC PLATES 221121 | 540.60 |
| 11-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS<br>AND E316 26342 KS | 29.00 |
| 11-22 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 403482 QT 386 OUTSIDE<br>WICHITA KS | 37.80 |
| 11-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC<br>770 419 6 GA | 1,850.66 |
| 11-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC<br>770 419 6 GA | 721.31 |

DOCUPLEX INC
November 30, 2022

| Date | | Description | Subtractions |
|---|---|---|---|
| 11-23 | ' | POS Purchase | 48.20 |
| | | MERCHANT PURCHASE TERMINAL 410838 HEIDELBERG USA INC | |
| | | 770 419 6 GA | |
| 11-23 | ' | POS Purchase | 833.73 |
| | | MERCHANT PURCHASE TERMINAL 494300 ENNIS INC | |
| | | 800 295 4 TX | |
| 11-23 | ' | POS Purchase | 10.20 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | | AND E316 26342 KS | |
| 11-23 | ' | POS Purchase | 120.00 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | | AND E316 26342 KS | |
| 11-23 | ' | POS Purchase | 68.45 |
| | | MERCHANT PURCHASE TERMINAL 441289 KB LITHO SUPPLY CO | |
| | | 816 241 3 MO | |
| 11-23 | ' | Preauthorized Wd | 1,160.99 |
| | | COX COMM KAN BANK DRAFT 221123 | |
| 11-23 | ' | Preauthorized Wd | 9,241.11 |
| | | KSDEPTOFREVENUE TAXDRAFTS 221123 | |
| | | 004481206356F01 | |
| 11-23 | ' | Preauthorized Wd | 10,511.14 |
| | | IRS USATAXPYMT 221123 | |
| | | 270272792483395 | |
| 11-23 | ' | Preauthorized Wd | 178.65 |
| | | WASTE CONNECTION WEB_PAY 221123 | |
| 11-25 | ' | POS Purchase | 523.30 |
| | | MERCHANT PURCHASE TERMINAL 449215 SQ MAKING THE MAR | |
| | | K 415 375 3 KS | |
| 11-25 | ' | POS Purchase | 407.17 |
| | | MERCHANT PURCHASE TERMINAL 474455 Western States Env | |
| | | elope 262 79072 WI | |
| 11-25 | ' | POS Purchase | 798.95 |
| | | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS | |
| | | GRAP316 613 2 KS | |
| 11-25 | ' | Preauthorized Wd | 1,691.06 |
| | | U. P. S. UPS BILL 221125 | |
| | | 223230000X66747 | |
| 11-25 | ' | Preauthorized Wd | 1,545.50 |
| | | KSDEPTOFREVENUE TAXDRAFTS 221125 | |
| | | 036481206356F01 | |
| 11-28 | ' | POS Purchase | 60.18 |
| | | MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US HW9JU | |
| | | 3B91 Amzn com WA | |
| 11-28 | ' | Preauthorized Wd | 40,363.74 |
| | | DOCUPLEX INC PAYROLL 221128 | |
| 11-29 | ' | POS Purchase | 320.00 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS | |
| | | AND E316 26342 KS | |

| | | | |
|---|---|---|---|
| DOCUPLEX INC | | | Page 8 |
| November 30, 2022 | | | XXXXXX8841 |

| Date | | Description | Subtractions |
|---|---|---|---|
| 11-29 | ' | POS Purchase | 266.59 |
| | | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 11-29 | ' | POS Purchase | 56.20 |
| | | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 11-29 | ' | POS Purchase | 5.10 |
| | | MERCHANT PURCHASE TERMINAL 469216 IN SUPERIOR SIGNS AND E316 26342 KS | |
| 11-29 | ' | POS Purchase | 404.56 |
| | | MERCHANT PURCHASE TERMINAL 443565 BOTTCHER AMERICA C ORP 410 306 7 MD | |
| 11-29 | ' | POS Purchase | 159.98 |
| | | MERCHANT PURCHASE TERMINAL 449215 ADOBE CREATIVE C LOUD 408 536 6 CA | |
| 11-29 | ' | POS Purchase | 586.96 |
| | | MERCHANT PURCHASE TERMINAL 475542 MAILERS HAVEN 800 55754 CA | |
| 11-30 | ' | POS Purchase | 30.75 |
| | | MERCHANT PURCHASE TERMINAL 475542 SHARPENING SPECIAL ISTS L316 94505 KS | |
| 11-30 | ' | POS Purchase | 780.00 |
| | | MERCHANT PURCHASE TERMINAL 444500 FSP X PRESS SIGNS GRAP316 613 2 KS | |
| 11-30 | ' | POS Purchase | 921.90 |
| | | MERCHANT PURCHASE TERMINAL 469216 BRIMAR INDUSTRIES 973 340 7 NJ | |
| 11-30 | ' | Preauthorized Wd | 3,742.02 |
| | | Sentry Life 401k Pmt 221130 145559965 | |
| 11-30 | ' | Preauthorized Wd | 254.43 |
| | | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' | Preauthorized Wd | 262.77 |
| | | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' | Preauthorized Wd | 656.76 |
| | | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' | Preauthorized Wd | 954.29 |
| | | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' | Preauthorized Wd | 26.79 |
| | | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' | Preauthorized Wd | 41.80 |
| | | KANSAS GAS SERVI UTIL PAYMT 221130 | |
| 11-30 | ' | Preauthorized Wd | 75.65 |
| | | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' | Preauthorized Wd | 94.60 |
| | | KANSAS GAS SERVI UTIL PAYMT 221130 | |
| 11-30 | ' | Preauthorized Wd | 234.90 |
| | | KANSAS GAS SERVI UTIL PAYMT 221130 | |

| Date | Description | Subtractions |
|------|-------------|--------------|
| 11-30 | ' Preauthorized Wd | 261.19 |
| | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' Preauthorized Wd | 459.57 |
| | EVERGY KS SOUTH WEB PAY 221130 | |
| 11-30 | ' Preauthorized Wd | 2,878.59 |
| | EVERGY KS SOUTH WEB PAY 221130 | |

## CREDITS

| Date | Description | Additions |
|------|-------------|-----------|
| 11-01 | ' Preauthorized Credit | 3,007.07 |
| | CREDIT UNION OF DIRECT-PAY 221101 | |
| | 24082132 | |
| 11-01 | Merchant Deposit | 2,022.44 |
| 11-02 | Merchant Deposit | 15,775.87 |
| 11-03 | ' Preauthorized Credit | 2,525.68 |
| | Mark Arts, Inc. Receivable 025ITNOVZAC7DFP Ma | |
| | rk Arts, Inc. Bill.com Multiple invoices (details on s | |
| 11-03 | Merchant Deposit | 16,949.80 |
| 11-04 | ' Preauthorized Credit | 3,893.91 |
| | CREDIT UNION OF DIRECT-PAY 221104 | |
| | 24452901 | |
| 11-04 | Merchant Deposit | 6,266.84 |
| 11-07 | Merchant Deposit | 16,226.04 |
| 11-08 | ' Preauthorized Credit | 200.96 |
| | INTRUST Bank, Na BankTEL 163700011 | |
| 11-08 | Merchant Deposit | 2,895.35 |
| 11-09 | Merchant Deposit | 4,743.22 |
| 11-10 | ' Preauthorized Credit | 378.03 |
| | Deere & Company PAYMENTS 221110 | |
| | AG002002579479 | |
| 11-10 | Merchant Deposit | 1,039.79 |
| 11-14 | ' Preauthorized Credit | 352.46 |
| | Deere & Company PAYMENTS 221114 | |
| | AG002002580691 | |
| 11-14 | Merchant Deposit | 18,869.49 |
| 11-15 | Merchant Deposit | 1,409.25 |
| 11-16 | ' Preauthorized Credit | 29,012.47 |
| | EQUITY BANK VENDOR PAY RMT*IV*OCT 2022 ST | |
| | MNT*29012.47\DTM*003*221101\ | |
| 11-16 | ' Preauthorized Credit | 267.09 |
| | INTRUST Bank, Na BankTEL 163805011 | |
| 11-16 | Merchant Deposit | 35,491.57 |
| 11-17 | Merchant Deposit | 2,800.87 |
| 11-18 | ' Preauthorized Credit | 930.56 |
| | CREDIT UNION OF DIRECT-PAY 221118 | |
| | 25707281 | |
| 11-18 | Merchant Deposit | 714.09 |

# CROSSFIRST BANK ®

P.O. Box 27107 | Overland Park, KS 66225-7107
913.327.1212

| Date | Description | Additions |
|---|---|---|
| 11-21 | ' Preauthorized Credit | 179.28 |
|  | INTRUST Bank, Na BankTEL 162639011 |  |
| 11-21 | Merchant Deposit | 20,278.41 |
| 11-22 | Merchant Deposit | 1,805.95 |
| 11-23 | Merchant Deposit | 1,929.77 |
| 11-28 | ' Preauthorized Credit | 6,924.81 |
|  | CREDIT UNION OF DIRECT-PAY 221128 |  |
|  | 26253621 |  |
| 11-28 | Merchant Deposit | 23,046.29 |
| 11-29 | Merchant Deposit | 18,349.97 |
| 11-30 | ' Preauthorized Credit | 285.90 |
|  | INTRUST Bank, Na BankTEL 163939011 |  |
| 11-30 | Merchant Deposit | 9,190.21 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10-31 | 77,578.01 | 11-09 | 89,061.53 | 11-21 | 106,672.85 |
| 11-01 | 73,270.97 | 11-10 | 60,965.22 | 11-22 | 106,340.11 |
| 11-02 | 84,310.54 | 11-14 | 74,203.41 | 11-23 | 75,556.85 |
| 11-03 | 92,026.44 | 11-15 | 44,472.22 | 11-25 | 64,963.99 |
| 11-04 | 90,273.27 | 11-16 | 95,110.30 | 11-28 | 54,511.17 |
| 11-07 | 105,667.72 | 11-17 | 94,175.50 | 11-29 | 60,689.51 |
| 11-08 | 107,269.87 | 11-18 | 94,189.13 | 11-30 | 54,845.96 |

## OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with CrossFirst Bank*


**CROSSFIRST BANK®**

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/01/2022 02:08:36 PM
Amount: $ 2,022.44

11/01/2022 Deposit $2,022.44

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/08/2022 02:02:44 PM
Amount: $ 2,895.35

11/08/2022 Deposit $2,895.35

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/02/2022 01:47:34 PM
Amount: $ 15,775.87

11/02/2022 Deposit $15,775.87

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/09/2022 01:50:44 PM
Amount: $ 4,743.22

11/09/2022 Deposit $4,743.22

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/03/2022 01:30:23 PM
Amount: $ 16,949.80

11/03/2022 Deposit $16,949.80

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/10/2022 01:50:36 PM
Amount: $ 1,039.79

11/10/2022 Deposit $1,039.79

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/04/2022 01:55:29 PM
Amount: $ 6,266.84

11/04/2022 Deposit $6,266.84

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/14/2022 02:06:54 PM
Amount: $ 18,869.49

11/14/2022 Deposit $18,869.49

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/07/2022 02:47:30 PM
Amount: $ 16,226.04

11/07/2022 Deposit $16,226.04

---

**CROSSFIRST BANK®** — Merchant Capture Deposit Ticket

Account Number: 201978841
Date: 11/15/2022 02:15:48 PM
Amount: $ 1,409.25

11/15/2022 Deposit $1,409.25



**CROSSFIRST BANK**

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/16/2022 02:12:10 PM
Amount:    $ 35,491.57

⑆5523⑈152⑆ 201978841⑈819 ⑇000035491577

11/16/2022   Deposit   $35,491.57

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/23/2022 01:54:57 PM
Amount:    $ 1,929.77

⑆5523⑈152⑆ 201978841⑈819 ⑇000001929777

11/23/2022   Deposit   $1,929.77

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/17/2022 01:48:54 PM
Amount:    $ 2,800.87

⑆5523⑈152⑆ 201978841⑈819 ⑇000002800877

11/17/2022   Deposit   $2,800.87

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/28/2022 01:57:38 PM
Amount:    $ 23,046.29

⑆5523⑈152⑆ 201978841⑈819 ⑇000023046297

11/28/2022   Deposit   $23,046.29

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/18/2022 02:06:30 PM
Amount:    $ 714.09

⑆5523⑈152⑆ 201978841⑈819 ⑇000000714097

11/18/2022   Deposit   $714.09

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/29/2022 01:52:31 PM
Amount:    $ 18,349.97

⑆5523⑈152⑆ 201978841⑈819 ⑇000018349977

11/29/2022   Deposit   $18,349.97

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/21/2022 03:34:09 PM
Amount:    $ 20,278.41

⑆5523⑈152⑆ 201978841⑈819 ⑇000020278417

11/21/2022   Deposit   $20,278.41

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/30/2022 01:49:39 PM
Amount:    $ 9,190.21

⑆5523⑈152⑆ 201978841⑈819 ⑇000009190217

11/30/2022   Deposit   $9,190.21

---

**CROSSFIRST BANK**    Merchant Capture Deposit Ticket

Account Number:    201978841
Date:    11/22/2022 01:33:45 PM
Amount:    $ 1,805.95

⑆5523⑈152⑆ 201978841⑈819 ⑇000001805957

11/22/2022   Deposit   $1,805.95

---

**DOCUPLEX INC**
830 N PENNSYLVANIA ST
WICHITA, KS 67214

**CROSSFIRST BANK**
INDUSTRY/ACH/WIRE XXX
85-1528/1010

1958

10/18/22

PAY TO THE ORDER OF   Priority Envelope     $ *****1,253.00

ONE THOUSAND TWO HUNDRED FIFTY-THREE AND XX / 100 DOLLARS    DOLLARS

Priority Envelope
PO Box 860012
Minneapolis, MN 55486-0512

MEMO      AUTHORIZED SIGNATURE

⑈001958⑈ ⑆101015282⑆ 0201978841⑈

11/23/2022   1958   $1,253.00



11/23/2022  1959  $670.40



11/01/2022  1973  $8,578.93



11/01/2022  1969  $97.42



11/03/2022  1974  $10,000.00



11/03/2022  1970  $1,122.40



11/22/2022  1975  $1,151.67



11/03/2022  1971  $303.14



11/04/2022  1976  $261.69



11/02/2022  1972  $654.08



11/14/2022  1977  $70.00

**CROSSFIRST BANK®**



11/18/2022   1978   $1,018.48



11/10/2022   1984   $170.86



11/14/2022   1980   $735.88



11/14/2022   1985   $424.96



11/04/2022   1981   $5,252.85



11/15/2022   1986   $744.48



11/04/2022   1982   $1,786.04



11/09/2022   1987   $2,342.11



11/10/2022   1983   $18,771.19



11/14/2022   1988   $70.00

**CROSSFIRST BANK**



11/09/2022  1989  $4,672.40



11/16/2022  1994  $987.40



11/14/2022  1990  $1,630.96



11/22/2022  1995  $365.20



11/18/2022  1991  $210.00



11/16/2022  1996  $6,992.76



11/17/2022  1992  $1,219.16



11/18/2022  1997  $60.00



11/22/2022  1993  $293.33



11/22/2022  1998  $261.69



11/21/2022 2000 $3,495.87



11/23/2022 2005 $300.00



11/29/2022 2001 $372.24



11/29/2022 2007 $10,000.00



11/23/2022 2002 $111.75



11/25/2022 2008 $5,626.88



11/23/2022 2003 $5,633.44



11/30/2022 2011 $837.35



11/30/2022 2004 $1,232.35



11/30/2022 2012 $1,573.95

| CHECKS OUTSTANDING – (CHECKS WRITTEN BUT NOT SHOWN) | | | |
|---|---|---|---|
| CHECK NO. | AMOUNT | CHECK NO. | AMOUNT |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ |

| | |
|---|---|
| BANK BALANCE SHOWN ON THIS STATEMENT | $ _____ |
| ADD + DEPOSITS AND OTHER AMOUNTS NOT CREDITED ON THIS STATEMENT (IF ANY) | $ _____  $ _____ |
| TOTAL | $ _____ |
| SUBTRACT — | $ _____ |
| CHECKS OUTSTANDING | $ _____ |
| BALANCE★ | $ _____ |

★ SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) ON THIS STATEMENT.

## DEPOSIT ACCOUNT INFORMATION

### (Disregard if you have a Commercial Account)

#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please call or write us at the phone number or address on the front side of this statement as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Tell us the dollar amount of the suspected error.
3. Describe the error or the transfer you are unsure about and explain, as clearly as you can, why you believe it is an error or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes to complete our investigation.

## LINE OF CREDIT INFORMATION

### (Disregard if you do not have a Line of Credit)

#### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, send your inquiry in writing, on a separate sheet, to the address shown on your statement as soon as possible. We must hear from you no later than 60 days after the bill was mailed to you. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error, and
3. A description of the error and why (to the extent you can explain) you believe it is an error. If you need more information, describe the item you are unsure about.

If you have authorized the Bank to automatically pay your bill from your checking or savings account, you can stop payment on any amount you think is wrong by mailing your notice so that the Bank receives it three (3) business days before the payment is scheduled to occur.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time the Bank is resolving the dispute. During that same time, the Bank may not take action to collect disputed amounts or report disputed amounts as delinquent.

00000015-0000029-0001-0002-TJMR0115280714209956(00000015)-000000031