UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| | |
|---|---|
| In re:<br><br>DOCUPLEX, INC.<br><br>　　　　　DEBTOR. | CASE NO.: 22-10734-11 |
| DOCUPLEX, INC.,<br><br>　　　　　PLAINTIFF,<br>v.<br><br>GOLDMAN SACHS BANK USA, d/b/a Marcus by Goldman Sachs,<br><br>　　　　　DEFENDANT. | Adv. Proc. No.: |

**COMPLAINT FOR VIOLATION OF THE AUTOMATIC STAY**

**COMES NOW**, the Plaintiff, Docuplex, Inc. ("Plaintiff") and for its complaint against Goldman Sachs Bank USA, ("Defendant") alleges and states the following:

**PARTIES**

1.　Defendant, Goldman Sachs Bank USA ("Defendant" or "Bank"), is a registered foreign corporation in the State of Utah, organized in the State of New York, with a registered agent in Utah and may be served with summons at CT Corporation System, 1108 E South Union Ave, Midvale, Utah 84047. Upon information and belief, the corporation may also be served at the following locations:

　　a.　**Kansas Registered Agent:** CT Corporation System, 12 SW 7th Street Suite 3C, Topeka, KS 66603

　　b.　**Delaware Registered Agent:** The Corporation Trust Company, Corporation Trust Center 1209 Orange St, Wilmington, DE 19801.

c. **New York Registered Agent:** Goldman Sachs Bank USA, Attn: Head of Litigation, 200 West St, New York, NY 10282.

d. **New York Corporate Headquarters:** Goldman Sachs Bank USA, Attn: Bank Officer, 200 West St, New York, NY 10282.

e. **Pennsylvania Corporate Headquarters:** Marcus by Goldman Sachs, Attn: Bank Officer, PO Box 70321, Philadelphia, PA 19176-0321.

## JURISDICTION

2. This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. § 1334(b), 28 U.S.C. § 157, and 11 U.S.C. § 105(a) and 362(a). This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(O). Plaintiff consents to entry of final orders and judgments by the Bankruptcy Court. Venue is proper in this Court. 28 U.S.C. § 1409(a).

3. Plaintiff filed a voluntary petition for relief under Chapter 11 of title 11, 11 U.S.C. § 101, *et seq.*, on September 2, 2022 ("Petition Date").

4. The Petition included the Bank in the list of unsecured creditors. The Bank was listed as holding an undisputed claim in the amount of $15,543.81 ("Debt"). See Bankruptcy Doc. No. 1, p. 17.

5. Notice of the bankruptcy was provided to the Bank at the following address, which is listed on the Bank's website as the address for disputes and correspondence (see Exhibit 1):

> Marcus
> PO Box 70321
> Philadelphia, PA 19176

6. From and after the Petition Date through January 31, 2023, the Bank called the Debtor's representative, Gina Cherry, aka Gina Divine ("Gina"), over 20 times attempting to collect the Debt.

7.    Gina is the Debtor's controller, and the person responsible for all matters in the bankruptcy case as authorized by the Debtor's board of directors.

8.    Gina has no personal liability for the Debt.

9.    Each call made by the Bank to the Debtor was placed to Gina's cell phone.

10.   Gina answered approximately five of the calls from the Bank. The Bank left voicemails when Gina did not answer the calls.

11.   Each time that Gina answered a call from the Bank, the Bank representative demanded payment for the Debt.

12.   Each time that Gina answered a call from the Bank, she informed the Bank representative that the Debtor had filed a bankruptcy proceeding and that no further contact should be initiated.

13.   Following the Petition Date, the Bank also continued to send monthly statements to the Debtor demanding payment for the Debt.

14.   On or about February 23, 2023, Debtor's counsel sent a letter to the Bank demanding that all collection activity against Plaintiffs cease ("Warning Letter"). A true and correct copy of the Warning Letter is attached hereto as Exhibit 2.

15.   The Warning Letter included the attachments reflected in Exhibit 2, specifically a true and correct copy of page no. 17 of the bankruptcy petition (Doc. No. 1), and a true and correct copy of the most recent monthly statement received by the Debtor from the Bank.

16.   The Warning Letter advised the Bank that the Debtor would file suit against the Bank for violation of the automatic stay if any further collection activity was conducted by the Bank.

17. In spite of the Warning Letter, the Bank placed collection calls to Gina at least five additional times thereafter. On one occasion, she told them that the Warning Letter had been mailed and to never contact her again. The Bank's representative stated that they would "flag the account." In spite of this, the Bank has called her at least three additional times during the week of February 26, 2023.

18. At no time did the Bank issue any response to the Warning Letter.

19. The repeated phone calls, voice mails, and statements have distracted Gina from her work in helping the Debtor to reorganize. They have caused her unneeded stress. They have also caused the Debtor to incur fees in excess of $2,500.00 to draft the Warning Letter, work with Gina in crafting a response, and draft this Complaint.

## FIRST CLAIM FOR RELIEF
## CONTEMPT FOR VIOLATION OF AUTOMATIC STAY
## 11 U.S.C. §§105(a) AND 362(a)

20. Plaintiff incorporates the allegations contained within paragraphs 1 through 19.

21. Between the Petition Date and the Discharge Date, the Bank acted to collect, assess, and recover a claim against Plaintiff that arose before the Petition Date.

22. The Bank's actions violated 11 U.S.C. §362(a).

23. The automatic stay provided by 11 U.S.C. §362(a) had not been terminated as to the Bank's actions during the applicable period.

24. The Bank's violations of the automatic stay were committed with knowledge of automatic stay.

25. The Bank lacked a good faith argument or belief that the Bank's actions were not in violation of a bankruptcy stay.

26. The Bank's violations of the automatic stay were committed deliberately in disregard of bankruptcy code and §362(a) in particular.

27. The Banks' violations of the automatic stay were willful.

28. The Bank's violations of the automatic stay were malicious.

29. Plaintiff has suffered actual damages in the form of lost time and harassment. Plaintiff requests actual damages for violations of the automatic stay valued at $2,000.

WHEREFORE, Debtor requests judgment in its favor in the matter herein, awarding the Debtor the following relief:

a. An Order and Judgment compelling the Bank to cease and desist from all further violations of the automatic stay;

b. An award of damages in an amount necessary to compensate the Debtor for losses caused by the Bank's refusal to comply with the automatic stay, including loss incurred following the filing of this Complaint, such amount to be not less than $2,000.00;

c. An award of reasonable attorney's fees and costs herein, including any fees and costs incurred hereafter in this matter, in an amount of not less than $2,500.00;

d. Interest, fees, and costs on all amounts awarded hereunder; and

e. Such further relief as to the Court shall seem just and proper after trial.

PRELLE ERON & BAILEY, P.A.
Attorneys for Debtor

 /s/ David Prelle Eron
DAVID PRELLE ERON, #23429
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net

EXHIBIT 1



| Savings | Investments | Loans | Credit Cards | Tools & Resources | Use loan invitation code |

# Contact Us

We're here to help. For more information, please visit our FAQs page.

Call Us     Mail Us     Chat With Us

---

## Savings & Insights

Online Savings Accounts, CDs & Insights

US Toll-Free:
**1-855-730-7283**

24 hours a day / 7 days a week

[Deposit Accounts FAQs]

If you're planning to travel, you can call us from outside the US at 1-212-357-0026

---

## Loans

Personal Loans, MarcusPay, Business Lending

US Toll-Free

Personal Loans & MarcusPay:
**1-844-627-2872**

Business Lending:
**1-833-906-2224**

Monday-Friday 8 am-10 pm ET,
Saturday-Sunday 9 am-7 pm ET

[Loans FAQs]

Closed on Thanksgiving Day, Christmas Day and New Year's Day

---

## Marcus Invest

Taxable Investment Accounts, Traditional IRAs, Roth IRAs, SEP IRAs

---

## Credit Cards

GM Rewards Cards, GM Business Cards

US Toll-Free





## Frequently Asked Questions

When you need support, our FAQs page is available to answer your questions.

| Make a Transfer | Login Issues | Make a Payment |



## Savings & CDs



### Correspondence and Direct Disputes

Goldman Sachs Bank USA
PO Box 70379
Philadelphia, PA 19176-0379



### Need to mail a check?

Make the check payable to your name or Goldman Sachs Bank USA. Please endorse the back of the check and also include your account number and "For Deposit Only at Goldman Sachs Bank USA".

Goldman Sachs Bank USA
PO Box 4571
Carol Stream, IL 60197-4571

## Personal Loans



## Correspondence and Direct Disputes

Marcus by Goldman Sachs
PO Box 45400
Salt Lake City, UT 84145-0400

**Physical Address**

Marcus by Goldman Sachs
11850 South Election Road
Draper, UT 84020



## Need to mail a check?

Make the check payable to Goldman Sachs Bank USA and include your loan number in the memo line. Please also endorse the back of the check.

For FedEx and UPS Delivery
Marcus by Goldman Sachs
Lockbox 6104
400 White Clay Center Dr.
Newark, DE 19711

For USPS Delivery
Marcus by Goldman Sachs
Lockbox 6104
PO Box 7247
Philadelphia, PA 19170-6104

# GM Rewards Cards



## Correspondence and Direct Disputes

Marcus by Goldman Sachs
PO Box 70321
Philadelphia, PA 19176-0321



## Need to mail a check?

To send a check for payment on your GM Rewards Card, please include the payment stub from the statement or make the check payable to Goldman Sachs Bank USA and include you 16-digit card number (virtual or physical) in the memo line. Please also endorse the back of the check.

Goldman Sachs Bank USA
Salt Lake City Branch
PO Box 70321
Philadelphia, PA 19176-0321

## Business Lending



### Correspondence and Direct Disputes

Marcus by Goldman Sachs
PO Box 45400
Salt Lake City, UT 84145-0400



## Chat with us

Marcus customers can chat with us during opening hours. Go to your dashboard, select the account you have a question about and then click "Chat." Currently available on web only.

Chat hours
Savings and Insights: 24 hours a day / 7 days a week
Marcus Invest: Mon-Fri 9 am - 6:30 pm ET
GM Rewards Cards: 24 hours a day / 7 days a week

 

FAQs

Contact Us

**Marcus**

About Marcus

Careers

Security Center

**Products**

Savings Accounts & CDs

Investment Accounts

Personal Loans

Credit Cards

Marcus Insights

**Resources**

Articles

Financial Calculators

Media Relations

Connect with Us



Site Terms
Privacy Center
Privacy Policy
Your Privacy Choices

Marcus by Goldman Sachs® is a brand of Goldman Sachs Bank USA and Goldman Sachs & Co. LLC ("GS&Co."), which are subsidiaries of The Goldman Sachs Group, Inc.

All loans, deposit products, and credit cards are provided or issued by Goldman Sachs Bank USA, Salt Lake City Branch. Member FDIC.

Brokerage and investment advisory services offered by Marcus Invest are provided by GS&Co., which is an SEC registered broker-dealer and investment adviser, and member FINRA/SIPC. Research our firm at FINRA's BrokerCheck.  Custody and clearing services are provided by Apex Clearing Corporation, a registered broker-dealer and member FINRA/SIPC. Please consider your objectives before investing. A diversified portfolio does not ensure a profit or protect against a loss.  Past performance does not guarantee future results. Investment outcomes and projections are forward-looking statements and hypothetical in nature. Neither this website nor any of its contents shall constitute an offer, solicitation, or advice to buy or sell securities in any jurisdictions where GS&Co. is not registered. Any information provided prior to opening a Marcus Invest account is on the basis that it will not constitute investment advice and that GS&Co. is not a fiduciary to any person by reason of providing such information. For more information about Marcus Invest offerings, visit our Full Disclosures.

© 2023 The Goldman Sachs Group, Inc. All rights reserved.

App Store and the Apple Logo are registered trademarks of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

NMLS ID: 208156. NMLS Consumer Access Website: www.nmlsconsumeraccess.org

Investment products are: NOT FDIC INSURED • NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, GOLDMAN SACHS BANK USA • SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED





Marcus
About Marcus
Careers
Security Center
Products
Savings Accounts & CDs
Investment Accounts
Personal Loans
Credit Cards
Marcus Insights
Resources
Articles
Financial Calculators
Media Relations

FAQs

Contact Us

Connect with Us



Site Terms
Privacy Center
Privacy Policy
Your Privacy Choices

Marcus by Goldman Sachs® is a brand of Goldman Sachs Bank USA and Goldman Sachs & Co. LLC ("GS&Co."), which are subsidiaries of The Goldman Sachs Group, Inc.

All loans, deposit products, and credit cards are provided or issued by Goldman Sachs Bank USA, Salt Lake City Branch. Member FDIC.

Brokerage and investment advisory services offered by Marcus Invest are provided by GS&Co., which is an SEC registered broker-dealer and investment adviser, and member FINRA/SIPC. Research our firm at FINRA's BrokerCheck.  Custody and clearing services are provided by Apex Clearing Corporation, a registered broker-dealer and member FINRA/SIPC. Please consider your objectives before investing. A diversified portfolio does not ensure a profit or protect against a loss.  Past performance does not guarantee future results. Investment outcomes and projections are forward-looking statements and hypothetical in nature. Neither this website nor any of its contents shall constitute an offer, solicitation, or advice to buy or sell securities in any jurisdictions where GS&Co. is not registered. Any information provided prior to opening a Marcus Invest account is on the basis that it will not constitute investment advice and that GS&Co. is not a fiduciary to any person by reason of providing such information. For more information about Marcus Invest offerings, visit our Full Disclosures.

© 2023 The Goldman Sachs Group, Inc. All rights reserved.

App Store and the Apple Logo are registered trademarks of Apple Inc. Google Play and the Google Play logo are trademarks of Google LLC.

NMLS ID: 208156. NMLS Consumer Access Website: www.nmlsconsumeraccess.org

Investment products are: NOT FDIC INSURED • NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, GOLDMAN SACHS BANK USA • SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED



**Prelle Eron & Bailey, P.A.**
ATTORNEYS AT LAW

EXHIBIT 2

**Shareholders**
*David Prelle Eron*
*January M. Bailey*

**Of Counsel**
*Patrick Toomey*
*William H. Zimmerman, Jr. (Ret.)*



February 3, 2023

Marcus by Goldman Sachs
PO Box 70321
Philadelphia, PA 19176

Goldman-Sachs Bank USA
Salt Lake City Branch
PO Box 70321
Philadelphia, PA 19176-0321

RE: Docuplex, Inc.
Card Number Ending 7250
Bankruptcy Case 22-10734, District of Kansas

Dear Marcus and Goldman Sachs Bank USA,

Please note that the above-referenced bankruptcy was filed by my client(s), Docuplex, Inc. on September 2, 2022. Enclosed is a copy of the page from Schedule F of the bankruptcy petition listing Marcus as creditor, showing that the debt was listed. You received evidence of the bankruptcy filing, yet have continued to attempt collection of debts owed by my client. Enclosed is a copy of the most recent bill received by my client from your office.

Additionally, you have been calling my client repeatedly, harassing it and requesting payment. Calls have been received from a phone number showing as 1-833-345-2371 on the following dates: October 19, 22, and 25, 2022; November 4, 16, and 22, 2022; December 7, 10, 22, and 28, 2022; and January 7, 10, 13, 19, 28, and 31, 2023. There were additional calls prior to this date that were not written down. Each time that the call has been answered, my client representative, Gina Cherry, has informed the caller that Docuplex is a debtor in bankruptcy and to never call again. Your conduct in the face of verbal and written notice of the bankruptcy is nothing short of outrageous. You are causing distress to my client representatives who are fighting to ensure the survival of the company.

This letter is your only warning. Further pursuit of this debt outside of the bankruptcy court constitutes a violation of the automatic stay imposed by 11 U.S.C. § 362(a), and my client will pursue all available legal remedies against Marcus and Goldman Sachs Bank USA. If my client receives a single additional letter, statement, notice, phone call, or email from you, I will file a lawsuit to pursue such remedies, which will include attorney fees, actual damages, and punitive damages.

Very truly yours,

*David Prelle Eron* /mrs

David Prelle Eron
Attorney

encl.
DPE / mrs
CC: Docuplex, Inc.

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.00 |
|---|---|---|

**Hewitt & Behr**
**205 W 2nd St N**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wichita**         KS    67202

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

| 3.18 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,647.26 |
|---|---|---|

**IMS**
**PO Box 1209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**South Plainfield**    NJ    07080

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

**Trade Bank**

| 3.19 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $873.93 |
|---|---|---|

**Litho Supply Co**
**1441 North Topping**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Kansas City**       MO    64120

Basis for the claim:
**Business Goods or Services**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

| 3.20 Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,543.81 |
|---|---|---|

**Marcus**
**PO Box 70321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia**      PA    19176

Basis for the claim:
**Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number __ __ __ __
☑ No
☐ Yes

Official Form 206E/F        Case 22-10734   Doc# 1   Filed 09/02/22   Page 17 of 42        page 7
Schedule E/F: Creditors Who Have Unsecured Claims

Case 22-10734   Doc# 161   Filed 03/03/23   Page 14 of 17



**gm rewards cards**

# marcus:
by Goldman Sachs®

December 11 - January 10, 2023

Questions? We're open 24/7. Just log in and chat at marcus.com or call 833-773-0990

Card Ending in 7250

## Payment Information

**Payment Due Date**

# Feb 07, 2023

**Late Payment Warning**
If we do not receive your minimum payment by the date listed above, you may have to pay up to a $40.00 late fee.

THIS NOTICE IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

| Statement Balance | Minimum Payment Due |
|---|---|
| **$ 16,708.22** | **$ 1,938.00** |

Your minimum payment due includes a past due amount of $1,545.00 due immediately.

## Account Summary

| | |
|---|---:|
| Previous Statement Balance | $16,482.90 |
| Payments | $0.00 |
| Transactions | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $225.32 |
| **Statement Balance** | **= $16,708.22** |

| | |
|---|---:|
| Total GM Business Card Earnings Balance | $2,868.51 |

For Rewards balance & program details, visit www.gmcard.com

**Minimum Payment Warning** — If you make only the minimum payment due each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And will end up paying an estimated total of: |
|---|---|---|
| Only minimum payment | 26 years | $36,140 |

If you would like information about credit counseling services, call 1-833-773-0990. New York residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. Call 1-800-342-3736 or go to www.dfs.ny.gov.

**Important Change to Your Account Terms**
We are removing balance transfers (BTs) from your account. This does not affect prior BTs. See your updated Terms and Conditions.

---

Please detach and include the coupon below with your payment

Card Ending in 7250

| Statement Balance | Minimum Payment Due | Amount Enclosed |
|---|---|---|
| $ 16,708.22 | $ 1,938.00 | $ |

Please write your card number on your check's memo line and make payable to Goldman Sachs Bank USA.

1023043  01 SP 0.570  **SNGLP  T8 0 9109 67214-415730  -C01-P23066-I1



JAY C EWY
DOCUPLEX INC
630 N PENNSYLVANIA AVE
WICHITA, KS 67214

Send payment to

Goldman Sachs Bank USA
Salt Lake City Branch
PO Box 70321
Philadelphia, PA 19176-0321

0207202312500010008525280019380 0  3  0016708 22  2  9

9109-01-00-1023043-0001-0071069

Case 22-10734    Doc# 161    Filed 03/03/23    Page 15 of 17




December 11 - January 10, 2023

**Questions?** We're open 24/7. Just log in and chat at marcus.com or call 833-773-0990

Card Ending in 7250

## Account Summary

| | |
|---|---|
| Previous Balance | $16,482.90 |
| Payments and Credits | - $0.00 |
| Charges | $0.00 |
| Cash Advances | + $0.00 |
| Fees Charged | + $0.00 |
| Interest Charged | + $225.32 |
| **Statement Balance** | **= $16,708.22** |
| Credit Limit | $15,500.00 |
| Cash Advance Credit Limit | $800.00 |

## Earnings Summary

| | |
|---|---|
| Previous Earnings | $2,868.51 |
| New Earnings | $0.00 |
| Earnings Redemptions and Adjustments | $0.00 |
| **Total Earnings** | **$2,868.51** |
| Anniversary Date | 10/01/2005 |
| Anniversary Year-to-date Earnings | $0.40 |
| Lifetime Earnings Redeemed | $4,454.24 |

## New Earnings Breakout

| | |
|---|---|
| 5% at GM Dealers, Parts and Service | $0.00 |
| 3% at Gas Stations | $0.00 |
| 3% at Restaurants | $0.00 |
| 3% at Office supply stores | $0.00 |
| 1% on All other purchases | $0.00 |

For Rewards balance & program details, visit **www.gmcard.com**

My GM Business Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch, P.O. Box 70321, Philadelphia, PA 19176-0321.
Page 3 /5

9109-01-00-1023043-0002-0071070

 

**gm rewards cards**

Marcus:
by Goldman Sachs®

December 11 - January 10, 2023

Questions? We're open 24/7. Just log in and chat at marcus.com or call 833-773-0990    Card Ending in 7250

## Fees

| Date | Description | Amount |
|---|---|---|
| - | - | $0.00 |
| **Total fees for this period** | | **$0.00** |

## Interest Charged

| | |
|---|---|
| Interest Charge on Purchases | $225.32 |
| Interest Charge on Cash Advances | $0.00 |
| **Total interest for this period** | **$225.32** |

## 2023 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2023 | $0.00 |
| Total interest charged in 2023 | $225.32 |

### Interest Charge Calculation
Your Annual Percentage Rate (APR) is the annual interest rate on your account

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 15.99%V | $16,591.67 | $225.32 |
| Cash Advances | 22.99%V | $0.00 | $0.00 |

V = Variable Rate

My GM Business Card is issued by Goldman Sachs Bank USA, Salt Lake City Branch, P.O. Box 70321, Philadelphia, PA 19176-0321.