## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS

| In re: | |
|---|---|
| DOCUPLEX, INC. | CASE NO.: 22-10734-11 |
| DEBTOR. | |

## MOTION FOR ORDER OF DISCHARGE AND FINAL DECREE

Debtor Docuplex, Inc. ("Debtor"), by and through its counsel David Prelle Eron of Prelle Eron & Baily, P.A., herewith respectfully requests, pursuant to Bankruptcy Rule 3022, that this Court enter an Order of Discharge and a Final Decree herein. For reasons in support hereof, the Debtor states that the Plan has been substantially consummated as defined in 11 U.S.C. § 1102(2) and the estate has been fully administered. In further support hereof, the Debtor states as follows:

1. The Order of Confirmation was entered on May 31, 2023, confirming Debtor's Chapter 11 Subchapter V Amended Plan of Reorganization (the "Plan").

2. The Plan does not require the distribution of any deposits.

3. The property required to be sold in the plan has been sold and final transfer has been completed.

4. Payments under the Plan have commenced. Among other things, the Debtor has completed the Paydown as part of the agreed treatment of Equity Bank's claim.

5. Payments of administrative expenses will be completed upon the filing and approval of final fee applications.

6. All motions and objections in the case have been resolved with the exception of any final fee applications.

7. No fees are due under 28 U.S.C. § 1930.

8. The Debtors filed monthly operating reports through the confirmation hearing date and will continue to file quarterly reports until the case closes.

9. Debtor has received a discharge under 11 U.S.C. § 1141.

10. Based on the foregoing, the Plan has been substantially consummated as defined by 11 U.S.C. § 1101(2). Therefore, a final decree may be entered in Debtor's case and the case closed.

WHEREFORE, Debtor requests that the Court enter an order of discharge and a final decree herein, order the case closed, and for such other relief as the Court deems just and proper.

Respectfully Submitted:

PRELLE ERON & BAILEY, P.A.
Attorneys for Debtor

*/s/ David Prelle Eron*
David Prelle Eron, #23429
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to the Office of the U.S. Trustee and to all parties of interest participating in the CM/ECF system.

Furthermore, I certify that true and correct copies of the same were forwarded via U.S. Mail, First Class, postage prepaid and properly addressed to the following:

See Attached Matrix.

*/s/ Margaret R. Spangler*
MARGARET R. SPANGLER
Assistant to David Prelle Eron

| | | |
|---|---|---|
| | DEI Equipment LLC<br>2822 N Mead Street<br>Wichita, KS 67219-4241 | Docuplex, Inc.<br>630 N Pennsylvania Avenue<br>Wichita, KS 67214-4157 |
| EQUITY BANK<br>BRETT REBER GENERAL COUNSEL<br>7701 E KELLOGG DRIVE SUITE 300<br>WICHITA KS 67207-1708 | GM Financial<br>P.O. Box 181145<br>Arlington, TX 76096-1145 | Internal Revenue Service<br>Attn Insolvency/Advisory<br>2850 NE Independence Ave<br>Stop 5334 LSM<br>Lee Summit, MO 64064-2327 |
| OFFICE OF UNITED STATES ATTORNEY<br>1200 EPIC CENTER<br>301 N MAIN<br>WICHITA KS 67202-4800 | 4Over<br>1225 Los Angeles St<br>Glendale, CA 91204-2403 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 |
| Andrew L Unterlack<br>1040 N Kings Highway, Ste. 200<br>Cherry Hill, NJ 08034-1925 | | Black Kettle Holdings, LLC<br>902 Terradyne Circle<br>Andover KS 67002-9221 |
| Boettcher America Corp<br>PO Box 644956<br>Pittsburgh, PA 15264-4956 | CK Contracting<br>920 N Mosley St<br>Wichita, KS 67214-3424 | |
| Canon Financial Services Inc.<br>14904 Collections Center Dr<br>Chicago, IL 60693-0149 | Canon Financial Services, Inc.<br>158 Gaither Drive, Suite 200<br>Mt. Laurel, NJ 08054-1716 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Central Equipment<br>1702 S West St<br>Wichita, KS 67213-1121 | JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Commercial Trade Services<br>510 E 46th St S<br>Wichita, KS 67216-1745 | Culligan of Wichita<br>10821 E 26th St N<br>Wichita, KS 67226-4525 | Davis & Pierce Die Service Inc<br>6602 Suite A Royal St<br>Liberty, MO 64068-8722 |
| Direct Logistics Inc<br>8200 Springwood Dr Ste 250<br>Irving TX 75063-5803 | Discount Labels LLC<br>PO Box 74007456<br>Chicago, IL 60674-7456 | Dugan Truck Line LLC<br>PO Box 771380<br>Wichita KS 67277-1380 |
| Electronics for Imaging Inc<br>PO Box 742366<br>Los Angeles, CA 90074-2366 | FMI Forms Manufacturers<br>PO Box 841741<br>Dallas, TX 75284-1741 | Firespring<br>1201 Infinity Ct<br>Lincoln, NE 68512-9340 |

| | | |
|---|---|---|
| Flexible Benefits<br>8700 W Bryn Mawr Ave<br>CHICAGO, IL 60631-3512 | Fujifilm<br>Dept CH 10764<br>Palatine, IL 60055-0764 | Fujifilm North America Corporation<br>200 Summit Lake Drive<br>Valhalla, NY 10595-1338 |
| Fujifilm North America Corporation<br>c/o David Gaffey, Esq.<br>Whiteford Taylor & Preston LLP<br>3190 Fairview Park Drive, Suite 800<br>Falls Church, VA 22042-4558 | Gallagher Benefit Services Inc<br>2850 West Gold Rd<br>Rolling Meadows, IL 60008-4050 | Gregg J. Stratman<br>U.S. Small Business Adminstration<br>10675 Bedford Ave., Suite 100<br>Omaha, NE 68134-3605 |
| Heartland Payment Systems<br>One Heartland Way<br>Jeffersonville IN 47130-5870 | Heidelberg USA<br>PO Box 5160<br>Carol Stream, IL 60197-5160 | Heidelberg USA Inc<br>1000 Guttenberg Dr<br>Kennesaw, GA 30144-7028 |
| | Hewitt & Behr<br>205 W 2nd St N<br>Wichita, KS 67202-1200 | IMS<br>3390 Rand Rd<br>South Plainfield, NJ 07080-1307 |
| Internal Revenue Service<br>Insolvency Group 6<br>2850 NE Independence Ave<br>Lees Summit, MO 64064-2327 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA  19101-7346 | JCE Investments, Inc.<br>902 Terradyne Circle<br>Andover KS 67002-9221 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz, Schneid,<br>Crane & Partners, PLLC<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jay Ewy<br>902 Terradyne Circle<br>Andover KS 67002-9221 | Kansas Department of Labor<br>Attn Legal Services<br>401 SW Topeka Blvd<br>Topeka, KS 66603-3182 |
| Kansas Department of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka, KS 66601-3058 | Kansas Department of Revenue<br>Legal Case Management/BK Unit<br>Po Box 12005<br>Topeka KS 66601-2005 | Key Equipment Finance<br>1000 S McCaslin Blvd<br>Superior, CO 80027-9437 |
| Kylie Rott<br>604 N Springwood<br>Goddard, KS 67052-7801 | Litho Supply Co<br>1441 North Topping<br>Kansas City, MO 64120-1219 | Marcus<br>PO Box 70321<br>Philadelphia, PA 19176-0321 |
| Martin Sklapsky<br>16901 W Glendale Dr<br>New Berlin, WI 53151-2723 | Metro Courier<br>PO Box 175<br>Wichita, KS 67201-0175 | Midland Paper<br>1140 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Midwest Single Source Inc<br>PO Box 49380<br>Wichita, KS 67201-9380 | Navitor<br>PO Box 856740<br>Minneapolis, MN 55485-6740 | Prairie Fire Coffee<br>10821 E 26th St N<br>Wichita, KS 67226-4524 |

| | | |
|---|---|---|
| Printegra<br>1560 Westfork Dr<br>Lithia Springs, GA 30122-1575 | Professional Office Systems<br>511 W Hendryx<br>Wichita KS 67213-4501 | Protec Security Services Inc<br>1132 N Emerson Ave<br>Wichita, KS 67212-3016 |
| Quadient Postage Funding<br>PO Box 6813<br>Carol Stream, IL 60197-6813 | Quiktrip Corp<br>PO Box 6293<br>Carol Stream, IL 60197-6293 | Raceway Electric<br>PO Box 12342<br>Wichita KS 67277-2342 |
| Rick Thompson<br>645 E Douglas Ste 100<br>Wichita, KS 67202-3557 | River City Mechanical<br>PO Box 21378<br>Wichita, KS 67208-7378 | Safety-Kleen Systems Inc<br>PO Box 650509<br>Dallas, TX 75265-0509 |
| St Louis Tag Co<br>3201 Laclede Station Rd<br>Saint Louis, MO 63143-3797 | Superior Office<br>PO Box 9568<br>Wichita, KS 67277-0568 | Superior Rubber Stamp<br>2725 E Douglas<br>Wichita, KS 67211-1621 |
| Superior Signs and Engraving Inc<br>2130 E Douglas Ave<br>Wichita, KS 67214-4336 | Survey Advantage<br>5700 Post Rd Ste 10<br>East Greenwich, RI 02818-3455 | TCF Equipment Finance<br>11100 Wayzata Blvd Ste 801<br>Hopkins, MN 55305-5503 |
| TForce Freight<br>PO Box 650690<br>Dallas, TX 75265-0690 | TForce Freight, inc.<br>234040 Wranger Rd<br>Building A<br>Rocky View, Alberta T1X0K2 | U.S. Small Business Adminstration<br>10675 Bedford Ave., Suite 100<br>Omaha, NE 68134-3605 |
| | UPS<br>Lockbox 577<br>Carol Stream, IL 60132-0577 | US Small Business Administration<br>10737 Gateway West No 300<br>El Paso TX 79935 |
| US Small Business Administration<br>District Counsel<br>220 W Douglas Ave Ste 450<br>Wichita, KS 67202-3137 | Uline<br>12575 Uline Drive<br>Pleasant Prairie WI 53158-3686 | Uline<br>DFW Airport<br>2600 Rental Car Dr<br>Dallas, TX 75261 |
| Unifirst<br>1707 N Mosley St<br>Wichita, KS 67214-1345 | Update<br>134 Peavey Circle<br>Chaska, MN 55318-2347 | Veritiv Operating Company<br>6120 South Gilmore Road Ste 400<br>Fairfield OH 45014-5163 |
| Verizon Wireless<br>PO Box 25505<br>Lehigh Valley, PA 18002-5505 | WW Mails<br>7106 W Pueblo<br>PO Box 12344<br>Wichita, KS 67277-2344 | Western States Envelope Company<br>PO Box 205216<br>Dallas, TX 75320-5216 |

| | | |
|---|---|---|
| Wichita Alarm Program<br>PO Box 1162<br>Wichita, KS 67201-1162 | Wichita Bindery<br>622 S Commerce<br>Wichita, KS 67202-4612 | X-Press Signs and Graphics<br>5830 W Hendryx Ave<br>Wichita, KS 67209-2351 |
| XEROX CORPORATION<br>POB 660506<br>Dallas, TX 75266-0506 | Xerox Corporation<br>PO Box 299075<br>Lewisville, TX 75029-9075 | |
| | Margaret VanSkiver<br>Larson & Company, P.A.<br>200 W Douglas Ave Ste 1000<br>Wichita, KS 67202-3095 | |