SO ORDERED.

SIGNED this 19th day of September, 2023.



_____
Mitchell L. Herren
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

| In re: | |
|---|---|
| DOCUPLEX, INC. | CASE NO.: 22-10734-11 |
| DEBTOR. | |

### ORDER GRANTING
### DEBTOR'S MOTION FOR FINAL DECREE

THIS MATTER comes before the Court upon the Debtor's Motion for Final Decree. The Motion was properly noticed with an objection deadline of September 5, 2023. No objections were filed and no hearing will be held. Based upon the Motion and the record herein,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, pursuant to Bankruptcy Rule 3022, that a Final Decree for Debtors is hereby **GRANTED**. The Court finds as follows:

1. Debtor's Motion for Final Decree is hereby GRANTED.

2. The Plan does not require the distribution of any deposits.

3. The property required to be sold in the plan has been sold and final transfer has been completed.

4. Payments under the Plan have commenced. Among other things, the Debtor has completed the Paydown as part of the agreed treatment of Equity Bank's claim.

5. Payments of administrative expenses will be completed upon the filing and approval of final fee applications.

6. All motions and objections in the case have been resolved with the exception of any final fee applications.

7. No fees are due under 28 U.S.C. § 1930.

8. The Debtors filed monthly operating reports through the confirmation hearing date and will continue to file quarterly reports until the case closes.

9. Debtor has received a discharge under 11 U.S.C. § 1141.

10. The Plan has been substantially consummated as defined by 11 U.S.C. § 1101(2).

11. This Order shall constitute a final decree for Docuplex, Inc., and the case shall be immediately closed.

**IT IS SO ORDERED.**
# # #

Respectfully Submitted by:

PRELLE ERON & BAILEY, P.A.
Attorneys for Debtor

*/s/ David Prelle Eron*
DAVID PRELLE ERON, #23429
301 N. Main St., Suite 2000
Wichita, KS 67202
316-262-5500 / 316-262-5559 (fax)
david@eronlaw.net